**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

MAR 2 7 2020

**JAMES W. McCORMACK, CLERK**
By: _____
PLAINTIFF  DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ARTHUR CARSON

vs.                              Case No. 4:20-CV-343-DPM

WOLFE STREET FOUNDATION,
INC., VICKIE SIEBENMORGEN,   This case assigned to District Judge _Marshall_
and JAMES BOWLING            and to Magistrate Judge _Kearney_     **DEFENDANTS**

## NOTICE OF REMOVAL

COME Defendants, Wolfe Street Foundation, Inc., Vickie Siebenmorgen, and James

Bowling, pursuant to 28 U.S.C. §§ 1441 and 1446, and for their Notice of Removal of this action

from the Circuit Court of Pulaski County, Arkansas, to the United States District Court for the

Eastern District of Arkansas, Little Rock Division, based on federal question jurisdiction, 28

U.S.C. § 1331, do hereby state:

1.     This action was commenced on March 10, 2020, when Plaintiff filed his

Complaint with Jury Demand citing to, *inter alia,* 42 U.S.C. § 1983, 29 U.S.C. § 654, and 29

U.S.C. § 203, in the Circuit Court of Pulaski County, Arkansas.

2.     This action is pending in Pulaski County Circuit Court Case No. 60CV-20-1941,

captioned *Arthur Carson v. Wolfe Street Foundation, Vickie Siebenmorgen, James Boiling.*

3.     Plaintiff caused summonses to issue on March 16, 2020, and allegedly served

Defendants with a Complaint with Jury Demand on or about March 20, 2020.

4.     Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendants file this Notice of

Removal of the state court civil action that is described below, based on federal question

jurisdiction. 28 U.S.C. § 1331.

5.     This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) having been

filed within thirty (30) days of Defendants' receipt (and alleged service) of Plaintiff's Complaint with Jury Demand.

6.     A copy of the Notice of Removal is being filed with the Circuit Court of Pulaski County in the underlying matter and a copy of the Notice of Removal is attached hereto as Exhibit A.

7.     Copies of all pleadings and process filed in this action with the Pulaski County Circuit Court are attached hereto as Exhibit B.

8.     In his Complaint for Jury Demand, plaintiff claims the Pulaski County Circuit Court has jurisdiction pursuant to, *inter alia*, 42 U.S.C. § 1983, 29 U.S.C. § 654, and 29 U.S.C. § 203.

9.     This Court has original jurisdiction over this civil action under 28 U.S.C. § 1331 because the basis of Plaintiff's allegations is a violation of the laws of the United States.

10.     This Court is the appropriate Court for removal of this action under 28 U.S.C. § 1446(a).

11.     The United Stated District Court for the Eastern District of Arkansas, Little Rock Division, embraces Pulaski County Circuit Court, the county in which the state court action is now pending. Thus, this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

12.     All Defendants consent to removal, and the undersigned counsel represents all Defendants in this matter.

13.     Undersigned counsel states that this removal is well grounded in fact, warranted by existing law, and not interposed for an improper purpose.

Therefore, Defendants, Wolfe Street Foundation, Inc., Vickie Siebenmorgen, and James Bowling, give notice of removal of this action to this Court and respectfully requests that this

Court grant these Defendants all just and proper relief.

Respectfully submitted,

BARBER LAW FIRM PLLC
425 W. Capitol Avenue, Suite 3400
Little Rock, AR  72201
501-372-6175
501-375-2802 = fax

By: _SBW BY_ _[signature]_
Brent Wakefield AR BIN 99144
ATTORNEY FOR DEFENDANTS
brent.wakefield@barberlawfirm.com

## CERTIFICATE OF SERVICE

I, S. Brent Wakefield, hereby state that on this 27th day of March, 2020, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and the foregoing shall be sent via email to plaintiff, proceeding *pro se* herein.

Arthur Carson
10434 W 36th Street #10-B
Little Rock, AR  72204
artcarson67@gmail.com

_SBW BY_ _[signature]_
S. Brent Wakefield

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2020-Mar-24 16:03:51
60CV-20-1941
C06D12 : 3 Pages

**IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS**
**CIVIL DIVISION**

ARTHUR CARSON                                                          PLAINTIFF

      vs.                                   Case No.  60CV-20-1941

WOLFE STREET
FOUNDATION, INC.,VICKIE
SIEBENMORGEN, and JAMES                                  DEFENDANTS
BOWLING

## NOTICE OF REMOVAL

COME Defendants, Wolfe Street Foundation, Inc., Vickie Siebenmorgen, and James

Bowling, pursuant to 28 U.S.C. §§ 1441 and 1446, and for their Notice of Removal of this action

from the Circuit Court of Pulaski County, Arkansas, to the United States District Court for the

Eastern District of Arkansas, Little Rock Division, based on federal question jurisdiction, 28

U.S.C. § 1331, do hereby state:

      1.      This action was commenced on March 10, 2020, when Plaintiff filed his Complaint

with Jury Demand citing to, *inter alia,* 42 U.S.C. § 1983, 29 U.S.C. § 654, and 29 U.S.C. § 203,

in the Circuit Court of Pulaski County, Arkansas.

      2.      This action is pending in Pulaski County Circuit Court Case No. 60CV-20-1941,

captioned *Arthur Carson v. Wolfe Street Foundation, Vickie Siebenmorgen, James Boiling.*

      3.      Plaintiff caused summonses to issue on March 16, 2020, and allegedly served

Defendants with a Complaint with Jury Demand on or about March 20, 2020.

      4.      Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendants file this Notice of

Removal of the state court civil action that is described below, based on federal question

jurisdiction. 28 U.S.C. § 1331.

      5.      This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) having been filed

within thirty (30) days of Defendants' receipt (and alleged service) of Plaintiff's Complaint with

**EXHIBIT "A"**

Jury Demand.

6.      A copy of the Notice of Removal is being filed with the Circuit Court of Pulaski County in the underlying matter and a copy of the Notice of Removal is attached hereto as Exhibit A.

7.      Copies of all pleadings and process filed in this action with the Pulaski County Circuit Court are attached hereto as Exhibit B.

8.      In his Complaint for Jury Demand, plaintiff claims the Pulaski County Circuit Court has jurisdiction pursuant to, *inter alia*, 42 U.S.C. § 1983, 29 U.S.C. § 654, and 29 U.S.C. § 203.

9.      This Court has original jurisdiction over this civil action under 28 U.S.C. § 1331 because the basis of Plaintiff's allegations is a violation of the laws of the United States.

10.     This Court is the appropriate Court for removal of this action under 28 U.S.C. § 1446(a).

11.     The United Stated District Court for the Eastern District of Arkansas, Little Rock Division, embraces Pulaski County Circuit Court, the county in which the state court action is now pending.  Thus, this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

12.     All Defendants consent to removal, and the undersigned counsel represents all Defendants in this matter.

13.     Undersigned counsel states that this removal is well grounded in fact, warranted by existing law, and not interposed for an improper purpose.

Therefore, Defendants, Wolfe Street Foundation, Inc., Vickie Siebenmorgen, and James Bowling, give notice of removal of this action to this Court and respectfully requests that this Court grant these Defendants all just and proper relief.

Respectfully submitted,

2

BARBER LAW FIRM PLLC
425 W. Capitol Avenue, Suite 3400
Little Rock, AR  72201
501-372-6175
501-375-2802 = fax

By: /s/ S. Brent Wakefield
      S. Brent Wakefield AR BIN 99144
      ATTORNEY FOR DEFENDANTS
      brent.wakefield@barberlawfirm.com

## CERTIFICATE OF SERVICE

I, S. Brent Wakefield, hereby state that on this 24th day of March, 2020, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following or otherwise be forwarded via U.S. Mail to plaintiff, proceeding *pro se* herein.

Arthur Carson
10434 W 36th Street #10-B
Little Rock, AR  72204
artcarson67@gmail.com


/s/ S. Brent Wakefield

3/25/2020                                    - Not an Official Document

**Report Selection Criteria**

**Case ID:**              60CV-20-1941
**Citation No:**
**Docket Start Date:**
**Docket Ending Date:**

**Case Description**

| | |
|---|---|
| **Case ID:** | 60CV-20-1941 - ARTHUR CARSON V WOLFE STREET FOUNDATION ET AL -*NON-TRIAL* |
| **Filing Date:** | Monday , March 09th, 2020 |
| **Court:** | 60 - PULASKI |
| **Location:** | CI - CIRCUIT |
| **Type:** | OM - CIVIL - OTHER |
| **Status:** | OPEN - CASE OPEN |
| **Images:** | |

**Case Event Schedule**

*No case events were found.*

**Case Parties**

| Seq # | Assoc | End Date | Type | ID | Name |
|---|---|---|---|---|---|
| 1 | | | JUDGE | 7965384 | **HON. ALICE S. GRAY - 12TH DIVISION 6TH CIRCUIT** |
| | | | | **Aliases:** | GRAY |
| | | | | | |
| 2 | | | PLAINTIFF | 16833537 | **CARSON, ARTHUR** |
| | | | | **Aliases:** | *none* |
| | | | | | |
| 6 | | | DEFENDANT/RESPONDENT ATTORNEY | 1007008 | **WAKEFIELD, SAMUEL BRENT** |
| | | | | **Aliases:** | WAKEFIELD, SAMUEL BRENT |
| | | | | | |
| 4 | | | DEFENDANT | 16833539 | **SIEBENMORGEN, VICKIE** |
| | | | | **Aliases:** | *none* |

**EXHIBIT "B"**

| 5 | | | DEFENDANT | 16833540 | **BOILING, JAMES** |
| | | | | **Aliases:** | *none* |
| | | | | | |
| 3 | | | DEFENDANT | 16833538 | **WOLFE STREET FOUNDATION** |
| | | | | **Aliases:** | *none* |
| | | | | | |

## Violations

## Sentence

No Sentence Info Found.

## Milestone Tracks

*No Milestone Tracks found.*

## Docket Entries

| Filing Date | Description | Name | Monetary |
|---|---|---|---|
| 03/09/2020 09:48 AM | AOC COVERSHEET CIVIL | | |
| **Entry:** | *none.* | | |
| **Images** | No Images | | |
| | | | |
| 03/09/2020 09:48 AM | IFP EXHIBIT NO FILE MARK | | |
| **Entry:** | *none.* | | |
| **Images** | WEB | | |
| | | | |
| 03/09/2020 09:48 AM | PET PROCEED IN FORMA PAUPER | | |

| Entry: | none. | | |
|---|---|---|---|
| **Images** | <u>WEB</u> | | |
| | | | |
| 03/09/2020 09:48 AM | AFFIDAVIT IN FORMA PAUPERIS | | |
| **Entry:** | none. | | |
| **Images** | <u>WEB</u> | | |
| | | | |
| 03/10/2020 10:30 AM | ORDER OTHER | | |
| **Entry:** | ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS | | |
| **Images** | <u>WEB</u> | | |
| | | | |
| 03/10/2020 10:31 AM | COMPLAINT/PETITION POST IFP | | |
| **Entry:** | none. | | |
| **Images** | <u>WEB</u> | | |
| | | | |
| 03/10/2020 10:31 AM | MOF ORIGINAL | | |
| **Entry:** | none. | | |
| **Images** | No Images | | |
| | | | |
| 03/16/2020 08:25 AM | SUMMONS ISSUED | | |
| **Entry:** | none. | | |
| **Images** | <u>WEB</u> | | |
| | | | |
| 03/16/2020 08:25 AM | SUMMONS ISSUED | | |
| **Entry:** | none. | | |
| **Images** | <u>WEB</u> | | |
| | | | |
| 03/16/2020 | SUMMONS ISSUED | | |

| 08:25 AM | | | |
|---|---|---|---|
| **Entry:** | *none.* | | |
| **Images** | <u>WEB</u> | | |
| | | | |
| 03/24/2020 02:44 PM | ANSWER FILED | WAKEFIELD, SAMUEL BRENT | |
| **Entry:** | *none.* | | |
| **Images** | <u>WEB</u> | | |
| | | | |
| 03/24/2020 02:44 PM | EFILING NOTICE OF APPEARANCE | WAKEFIELD, SAMUEL BRENT | |
| **Entry:** | *none.* | | |
| **Images** | No Images | | |
| | | | |
| 03/24/2020 04:03 PM | NOTICE REMOVED FEDERAL COURT | WAKEFIELD, SAMUEL BRENT | |
| **Entry:** | *none.* | | |
| **Images** | <u>WEB</u> | | |
| | | | |
| 03/25/2020 11:49 AM | SUMMONS SERVED | | |
| **Entry:** | 03.20.2020 - SIEBENMORGEN | | |
| **Images** | <u>WEB</u> | | |
| | | | |
| 03/25/2020 11:49 AM | SUMMONS SERVED | | |
| **Entry:** | 03.20.2020 - WOLFE STREET FOUNDATION | | |
| **Images** | <u>WEB</u> | | |
| | | | |
| 03/25/2020 11:49 AM | SUMMONS SERVED | | |
| **Entry:** | 03.20.2020 - JAMES BOILING | | |
| **Images** | <u>WEB</u> | | |
| | | | |

Not an Official Document

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
_____,   DIVISION


ARTHUR CARSON, PLAINTIFF.,

V.

WOLFE STREET FOUNDATION, DEFENDANT.,
VICKIE SIEBENMORGEN, DEFENDANT,
JAMES BOILING, DEFENDANT.,


COMPLAINT WITH JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

 Comes Now the Plaintiff, Arthur Carson, and would Like to Show the following:


I.   PARTIES:


1). PLAINTIFF, ARTHUR CARSON, 10434 W. 36th Street, Little Rock, AR 72204;

2). WOLFE STREET FOUNDATION, (Registered Agent, Joy Reynolds, 1015 S.

Louisiana Street, Little Rock, AR 72202;


(1)

3). Vickie Siebenmorgen,Executive Director- 1015 S. Louisiana Street, Little Rock, AR 72202;

4). James Boiling, (Acting Manager), 1015 S. Louisiana Street, Little Rock, AR 72202.


II.    JURISDICTION:

This Court has Jurisdiction, pursuant to; A.C.A. Sec. 11-8-103, "Corporate Liability",

A.C.A. Sec.11-64-122, "Negligence", Sec. 11-5-115, "Workplace Prevention ", Arkansas-

Civil Rights Statue,"; Sec. 16-123-107, Plaintiff Invoke the General Jurisdiction of This

Court, 42 USC 1983, 29 USC 654 "Legal Obligation to Maintain a Safe Work

Environment", 29 USC 203, "Fair Labor Standard Act".


III. STATEMENT OF THE CLAIMS:

(A). The Defendant's, Wolfe Street Foundation, and Executive Director, Vickie-

Siebenmorgen, Have Carelessly, and Negligently failed to Ban Violent and disruptive

Attendees of Wolf Street Permanently;

(B). Discriminatorily Dispensing Health and Life Insurance, while Highly Compensated

Staff receive Full Benefits, including 401k;

( C ). The Defendants failed to Prosecute Attendees who Violate The Law;

(D). The Defendants have Fostered a Violent Workplace Atmosphere;

(E). The Defendant's failure to Act On Workplace Threats of Violence, Harassment,

Or intimidation, are  the proximate cause of Carson's injuries.

(2)

(F). The Defendants failed to have Visitors to Wolf Street Register prior to entering

The Building or Establishing a method to determine who is in the Building;

(G). The Defendant's failed to Require all meeting Chairperson and Sponsor

Expel its trouble-makers;

(H). The Defendants concealed the Active Shooter Manual from Carson, and

Failed to provide any Training in the area.


## IV. STATEMENT OF FACTS:

1). Plaintiff, " Carson" was An Employee of Wolfe Street Foundation, "WSF".

On 2/19/2020, While Working as the Building Monitor, which duties included being

On the front line, to ensure Safety in the Building. Carson would inform His Superiors,

James Boiling, and Vickie Siebenmorgen of any perceived problems or potential

Attendees from Loiters.

   The Defendants at all times failed to take reasonable steps to prevent Workplace

Violence, even when warned by Carson, specifically that of February 18, 2020.

Carson, gave  Vickie Siebenmorgen,  James Boiling, a Memo that warned of

Dominique Sinclair's attempt to hide inside the Building while Carson were

Locking for the Night. No action were taken, even thought this individual  had

A history of illegally entering the Building for housing.

2). On February 19, 2020, @ 7:45 P.M., while viewing the Security Monitor,

Carson noticed an individual run inside the Building, upstairs.  Carson  went to observe,

(3)

And informed Him that if He pulled another stunt like attempting to hide in the Building,

Dominique became angry and mumble something, ran outside, where Carson went back

Inside to watch His activities through the Security Monitor.  He was  observed getting an

Object from the mailbox, and rushed to the Bookstore, and caused the doubled glass

Doors nearly to break,     Carson unlocked the door, where Dominique rushed inside,

Causing the door to strike Carson and snapped  His Head Back, causing His Neck and

Spinal issues. Carson swung back at Dominique in a defensive manner,  before being

Grabbed by two guys and a lady, where during their attempts to subdue Him, Dominique

Kicked one of the guys in the head,(Luke), and tried to Kick the lady, in which Carson

Was on the Phone with the 911 operator. Dominique subsequently left the scene before

Police arrive, where a Warrant for His Arrest was issued.

3). The Assailant, Dominique Sinclair had a long history with WSF prior to His Assault

On Carson, yet no action was taken to ban His coming to the WSF.

The Night of Carson's altercation with Dominique, Carson called James Boiling Phone

Twice to inform Him what had occured, He refused to answer His phone. Even the Morning

After,     calls went to His Voicemail. Carson text James Boiling to ask about His Medical

Expenses He would incur, where James Boiling and Vickie Siebenmorgen has refused to

Respond to anything relating to Insurance or payment for Carson's injuries.

(4)

All White Staff Members of WSF are given Insurance benefits, yet Carson, the lone African-American Staff Members were Discriminatorily deprived by Defendants.

4). The Defendant's abdicated its (1) duty of care to Carson, (2) Defendant Breached their Duty, (3) there exist an actual causal connection between the Defendant's conduct and Resulting harm to Carson, (4) Defendant's inactions are the proximate cause of Carson Injury, which were foreseeable, and (5) damages resulting from Defendant's indifference to His safety, where " On February 10, 2020, "Cassie", A meeting attendee of N/A Meetings were into an Argument with another attendee, however, Cassie hide a six inch Knife in the Women's Restroom, where it was axiomatic Her intent, She was allowed to Attend the evening meeting of AA.

5). On February 14, 2020, Carson was approached by "Micheal Dennis", a Chairperson For the AA Meetings, where He and five other AA Members approached Carson to taunt, Where Michael Dennis told the other lets get Him and Take into the kitchen area [ sic]. This was done so because they could not get into their meeting room early. When Carson Informed His Supervisor, James Boling, He said "Well I know Michael Dennis", just over-Look at the harassment.

  The Defendant's "Open Violence Workplace Position" , while refusing to take any action to Circumvent threats, harassment, or taunting affirmed the Violent atmosphere, and fostered WSF Violent Workplace environment, resulting in Carson suffering a neck and spinal injury.

(5)

PRAYER:

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF PRAY THAT, Declaratory And

Injunctive Action are taken to Implement a Workplace Violence Policy; Compensatory,

Punitive, Damages, Trial By Jury; All other equitable relief This Court deem Equitable.

RESPECTFULLY SUBMITTED,

_____.

Arthur Carson
10434 W. 36th Street #10-B
Little Rock, AR 72204
(artcarson67@gmail.Com)

I, Arthur Carson,states the foregoing claims are true and correct to the best of My knowledge,

Pursuant to the Penalties of perjury, 28 USC 1746.

I swear the foregoing statements are true and correct.

_____. Dated this 4th day of March, 2020.

Arthur Carson
In Propria Persona

(6)

Exhibit # 1





... Dominique
... control...
...altercation because this
...was never banned.
...I have no insurance
...from  WSF, I am on the
...front line and deserve
...better.  Who would  pay
...for my injury? Will let you
...know the results.  But
...something has to
...change.

...er mess...

# 2



2/19/2020 nite athtisincidut                    A

Exhibit #3

# LITTLE ROCK POLICE DEPARTMENT INCIDENT REPORT

| ☐ JUVENILE INFORMATION | **INCIDENT** | | Report generated:  2/20/2020 4:45 AM |
|---|---|---|---|

| INCIDENT NUMBER **2020-019834** | UNIT ASSIGNED **2X40** | CALL DATE **02/19/2020** | CALL TIME **20:05:00** | TYPE OF CALL **ASLTJO** |
|---|---|---|---|---|

| INCIDENT DATE **2/19/2020 7:50:00 PM** | LOCATION OF INCIDENT (ADDRESS / BUSINESS NAME) 1015 S LOUISIANA ST | DISTRICT **40** |
|---|---|---|

## OFFENSE

**INCIDENT OFFENSE TYPE**

1. BATTERY 3RD DEGREE
2. ASSAULT 3RD DEGREE
3.
4.

5.
6.
7.
8.

**OFFENSE STATUS**

| | Attempted | Completed | | | |
|---|---|---|---|---|---|
| 1 | | ☑ | 2 | ☑ | 3 | ☐ | 4 | ☐ |

| | Attempted | Completed | | | |
| 5 | ☐ | 6 | ☐ | 7 | ☐ | 8 | ☐ |

**SUSPECTS USED:**
- ☑ (A) Alcohol
- ☐ (D) Drugs
- ☐ (C) Computer Equip
- ☐ (N) Not Applicable / Unknown

**TYPE OF CRIMINAL ACTIVITY:**
- ☐ (B) Buying / Receiving
- ☐ (E) Exploiting Children
- ☐ (T) Transport / Transmit / Import
- ☐ (D) Distributing / Selling
- ☐ (C) Cultivate / Manufacture / Publish
- ☐ (O) Operating / Promoting / Assisting
- ☐ (U) Using / Consuming
- ☐ (P) Possessing / Concealing

**GANG RELATED INFO:**
- ☐ (J) Juvenile Gang
- ☐ (G) Other Gang
- ☑ (N) None / Unknown

**LOCATION CODE:**
- ☐ (01) Air / Bus / Train Terminal
- ☐ (02) Bank / Savings & Loan
- ☐ (03) Bar / Night Club
- ☐ (04) Church / Synagogue / Temple
- ☐ (05) Commercial / Office Building
- ☐ (06) Construction Site
- ☐ (07) Convenience Store
- ☐ (08) Department / Discount Store
- ☐ (09) Drug Store / DR Office / Hospital
- ☐ (10) Field / Woods
- ☐ (11) Government / Public Building
- ☐ (12) Grocery / Supermarket
- ☐ (13) Highway / Road / Alley
- ☐ (14) Hotel / Motel / Etc
- ☐ (15) Jail / Penitentiary
- ☐ (16) Lake / Waterway
- ☐ (17) Liquor Store
- ☐ (18) Parking Lot / Garage
- ☐ (19) Rental / Storage Facility
- ☐ (20) Residence / House
- ☐ (21) Restaurant
- ☐ (22) School / College
- ☐ (23) Service / Gas Station
- ☐ (24) Specialty Store (TV, Fur, Etc)
- ☐ (25) Other / Unknown
- ☐ (37) Abandoned/Condemned Structure
- ☐ (38) Amusement Park
- ☐ (39) Arena / Stadium / Fairgrounds
- ☐ (40) Auto Dealership New / Used
- ☐ (41) Auto Dealership New / Used
- ☐ (42) Camp / Campground
- ☐ (44) Daycare Facility
- ☐ (45) Dock / Wharf / Freight Terminal
- ☐ (46) Farm Facility
- ☐ (47) Gambling / Casino / Racetrack
- ☐ (48) Industrial Site
- ☐ (49) Military Installation
- ☐ (50) Park / Playground
- ☐ (51) Rest Area
- ☐ (52) School - College / University
- ☐ (53) School - Elementary / Secondary
- ☑ (54) Shelter - Mission / Homeless
- ☐ (55) Shopping Mall
- ☐ (56) Tribal Lands
- ☐ (57) Community Center

**WEAPON FORCE:**   (on 11-15, an "A" denotes Automatic or Semi-Automatic)
- ☐ (11) Firearm (Unknown)
- ☐ (12) Handgun
- ☐ (13) Rifle
- ☐ (14) Shotgun
- ☐ (15) Other Firearm
- ☐ (20) Knife / Cutting Instr (Axe, etc)
- ☐ (30) Blunt Object (Club, etc)
- ☐ (35) Motor Vehicle (as weapon)
- ☑ (40) Personal Weapons (hands, etc)
- ☐ (50) Poison
- ☐ (60) Explosives
- ☐ (65) Fire / Incendiary Device
- ☐ (70) Narcotics / Drugs / Sleeping Pills
- ☐ (85) Asphyxiation
- ☐ (90) Other
- ☐ (95) Unknown
- ☐ (99) None

**(FOR BURGLARY ONLY)**

NUMBER OF PREMISES ENTERED

**METHOD OF ENTRY:**
- ☐ (F) Forcible
- ☐ (N) No Force

**NARCAN USED:**   ☐ Yes   ☑ No   ☐ Other

| ENTRY DATE 02/20/2020  02:02:50 | REPORTING OFFICER AGHOGHO ONIOVOS - 34305 | ORIGINAL APPROVING SUPERVISOR DERRICK THREADGILL - 27113 | ☑ MVR in use |
|---|---|---|---|

INCIDENT NUMBER  2020-019834          ☐ JUVENILE INFORMATION          Report generated:  2/20/2020 4:45 AM

# VICTIM

| VICTIM #<br>1 | NAME (Last, First, Middle) or BUSINESS<br>**CARSON,ARTHUR** |
|---|---|

ADDRESS:
### 1015 S LOUISIANA ST  LITTLE ROCK AR 72202

| HOME PHONE: | WORK PHONE:<br>5015081090 | MOBILE PHONE: | OTHER PHONE: |
|---|---|---|---|

SEX: ☑(M) Male  ☐(F) Female  ☐(U) Unk.

ETHNICITY: ☐(H)Hispanic  ☑(N) Non-Hispanic  ☐(U) Unk.

RACE: ☐(W) White  ☑(B) Black  ☐(I) American Indian  ☐(A) Asian / Pacific Islander  ☐(U) Unknown

DATE OF BIRTH
04/04/1954

RES. STATUS:  ☑(R) Resident  ☐(N) Nonresident  ☐(U) Unknown

MENTALLY AFFLICTED?  ☐(Y) Yes  ☑(N) No  ☐(U) Unk.

OCCUPATION / EMPLOYER:

AGE:
Exact Age:  65
Range: _____ - _____
☐(NN) Under 24 Hrs. Old
☐(NB) 1-6 Days Old
☐(BB) 7-364 Days Old
☐(99) Over 98 Years Old
☐(00) Unknown

NIC:

D.L. / ID No. (STATE)

RELATIONSHIP OF THIS VICTIM TO SUSPECTS
SUSPECT(S) VICTIM WAS:          (by Suspect Number)

| | | |
|---|---|---|
| (SE) Spouse | 1 | (AQ) Acquaintance |
| (CS) Common-Law Spouse | | (FR) Friend |
| (PA) Parent | | (NE) Neighbor |
| (SB) Sibling | | (BE) Babysitter (baby) |
| (CH) Child | | (BG) Boy/Girl Friend |
| (GP) Grandparents | | (CF) Child of BF / GF |
| (GC) Grandchild | | (HR) Homosexual Rel. |
| (IL) Inlaw | | (XS) Ex-Spouse |
| (SP) Stepparent | | (EE) Employee |
| (SC) Stepchild | | (ER) Employer |
| (SS) Stepsibling | | (OK) Otherwise Known |
| (OF) Other Family | | (RU) Relationship Unknown |
| (ST) Stranger | | (VO) Victim Was Suspect |

THIS VICTIM RELATED TO WHICH OFFENSES?
☑1  ☑2  ☐3  ☐4  ☐5  ☐6  ☐7  ☐8

VICTIM TYPE: ☑(I) Individual  ☐(B) Business  ☐(F) Financial Inst.  ☐(U) Unknown  ☐(G) Government  ☐(R) Religious  ☐(S) Society / Public  ☐(O) Other

VICTIM INJURY:
☑(N) None        ☐(M) Apparent Minor Injury        ☐(B) Apparent Broken Bones
☐(I) Possible Internal Injury   ☐(T) Loss of Teeth          ☐(L) Severe Laceration
☐(O) Other Major Injury      ☐(U) Unconsciousness

AGGRAVATED ASSAULT / HOMICIDE:  ☐(01) Argument        ☐(02) Assault on Law Enf Officer   ☐(03) Drug Deal
☐(04) Gangland              ☐(05) Juvenile Gang      ☐(06) Lover's Quarrel            ☐(07) Mercy Killings
☐(08) Other Felony Involved      ☐(09) Other Circumstances   ☐(10) Unknown Circumstances     ☐(20) Criminal Killed by Private Citizen
☐(21) Criminal Killed by Police Officer  ☐(30) Child Playing w/ Weapon  ☐(31) Gun-Cleaning Accident      ☐(32) Hunting Accident
☐(33) Other Negligent Weapon Handling  ☐(34) Other Negligent Killings

CLOTHING DESCRIPTION
HAT _____   SHIRT _____   SHOES _____
COAT_____   PANTS/DRESS _____

| INCIDENT NUMBER  2020-019834 | ☐ JUVENILE INFORMATION | Report generated:  2/20/2020 4:45 AM |
|---|---|---|

# VICTIM

| VICTIM #  2 | NAME (Last, First, Middle) or BUSINESS  **MAHOSKY, LUKE** |
|---|---|

ADDRESS:
**1015 S LOUISIANA ST  LITTLE ROCK AR 72202**

| HOME PHONE:  5016976111 | WORK PHONE: | MOBILE PHONE: | OTHER PHONE: |
|---|---|---|---|

SEX: ☑(M) Male   ☐(F) Female   ☐(U) Unk.

ETHNICITY: ☐(H)Hispanic   ☑(N) Non-Hispanic   ☐(U) Unk.

RACE: ☑(W) White   ☐(B) Black   ☐(I) American Indian   ☐(A) Asian / Pacific Islander   ☐(U) Unknown

DATE OF BIRTH  12/19/1982

RES. STATUS: ☑(R) Resident   ☐(N) Nonresident   ☐(U) Unknown

MENTALLY AFFLICTED?   ☐(Y) Yes  ☑(N) No  ☐(U) Unk.

OCCUPATION / EMPLOYER:

AGE:
Exact Age: 37
Range: _____ - _____
☐(NN) Under 24 Hrs. Old
☐(NB) 1-6 Days Old
☐(BB) 7-364 Days Old
☐(99) Over 98 Years Old
☐(00) Unknown

NIC:

D.L. / ID No. (STATE)

RELATIONSHIP OF THIS VICTIM TO SUSPECTS
SUSPECT(S) VICTIM WAS:                     (by Suspect Number)

| | | |
|---|---|---|
| (SE) Spouse | _____ | (AQ) Acquaintance |
| (CS) Common-Law Spouse | _____ | (FR) Friend |
| (PA) Parent | _____ | (NE) Neighbor |
| (SB) Sibling | _____ | (BE) Babysitter (baby) |
| (CH) Child | _____ | (BG) Boy/Girl Friend |
| (GP) Grandparents | _____ | (CF) Child of BF / GF |
| (GC) Grandchild | _____ | (HR) Homosexual Rel. |
| (IL) Inlaw | _____ | (XS) Ex-Spouse |
| (SP) Stepparent | _____ | (EE) Employee |
| (SC) Stepchild | _____ | (ER) Employer |
| (SS) Stepsibling | _____ | (OK) Otherwise Known |
| (OF) Other Family | _____ | (RU) Relationship Unknown |
| (ST) Stranger | _____ | (VO) Victim Was Suspect |

THIS VICTIM RELATED TO WHICH OFFENSES?
☑1  ☑2  ☐3  ☐4  ☐5  ☐6  ☐7  ☐8

VICTIM TYPE: ☑(I) Individual   ☐(B) Business   ☐(F) Financial Inst.   ☐(U) Unknown   ☐(G) Government   ☐(R) Religious   ☐(S) Society / Public   ☐(O) Other

VICTIM INJURY:
☐(N) None
☐(I) Possible Internal Injury
☐(O) Other Major Injury
☐(M) Apparent Minor Injury
☐(T) Loss of Teeth
☐(U) Unconsciousness
☐(B) Apparent Broken Bones
☐(L) Severe Laceration

AGGRAVATED ASSAULT / HOMICIDE:   ☐(01) Argument   ☐(02) Assault on Law Enf Officer   ☐(03) Drug Deal
☐(04) Gangland   ☐(05) Juvenile Gang   ☐(06) Lover's Quarrel   ☐(07) Mercy Killings
☐(08) Other Felony Involved   ☐(09) Other Circumstances   ☐(10) Unknown Circumstances   ☐(20) Criminal Killed by Private Citizen
☐(21) Criminal Killed by Police Officer   ☐(30) Child Playing w/ Weapon   ☐(31) Gun-Cleaning Accident   ☐(32) Hunting Accident
☐(33) Other Negligent Weapon Handling   ☐(34) Other Negligent Killings

CLOTHING DESCRIPTION
HAT _____   SHIRT _____   SHOES _____
COAT _____   PANTS/DRESS _____

| INCIDENT NUMBER   2020-019834 | ☐ JUVENILE INFORMATION | Report generated:  2/20/2020 4:45 AM |
|---|---|---|

## SUSPECT #1

| SUSPECT #<br>1 | NAME (Last, First, Middle)<br>**SINCLAIR,DOMINIQUE** | AKA: |
|---|---|---|

| ARRESTEE # | ADDRESS:<br>3919 W 13TH ST  LITTLE ROCK AR 72204 |
|---|---|

| HOME PHONE: | WORK PHONE: | MOBILE PHONE: | OTHER PHONE: |
|---|---|---|---|

| SEX: ☑(M) Male<br>☐(F) Female  ☐(U) Unk. | ETHNICITY: ☐(H)Hispanic<br>☑(N) Non-Hispanic ☐(U) Unk. | RACE: ☐(W) White ☑(B) Black ☐(I) American Indian<br>☐(A) Asian / Pacific Islander ☐(U) Unknown | DATE OF BIRTH<br>02/09/1986 |
|---|---|---|---|

| RES. STATUS: ☑(R) Resident<br>☐(N) Nonresident ☐(U) Unknown | MENTALLY AFFLICTED?<br>☐(Y) Yes ☑(N) No ☐(U) Unk. | OCCUPATION / EMPLOYER: |
|---|---|---|

| AGE:<br>Exact Age:   34<br>Range: _____ - _____<br>☐(99) Over 98 Years Old<br>☐(00) Unknown | SUSPECTS ACTIONS RELATED TO:<br>☑V1 ☐V2 ☐V3 ☐V4<br>☐V5 ☐V6 ☐V7 ☐V8<br>DISPOSITION OF JUVENILE:<br>☐(H) Handled within Department<br>☐(R) Referred outside Department | NIC:<br><br>D.L. / ID No. (STATE) | HEIGHT:<br>Ft _____<br>In _____<br>WEIGHT:<br>Lbs _____ | WEAPONS AT ARREST:<br>☐(01) Unarmed<br>☐(11) Firearm (Unk)<br>☐(12) Handgun<br>☐(13) Rifle<br>☐(14) Shotgun<br>☐(15) Other Firearm<br>☐(16) Illegal Cutting Instrument<br>☐(17) Club/Blackjack/Brass<br>(A --- automatic) |
|---|---|---|---|---|

| THIS SUSPECT RELATES TO WHICH OFFENSES?<br>☑1 ☑2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 | ARREST TYPE: ☐(O) On View Arrest<br>☐(S) Summons / Cited ☐(T) Taken Into Custody |
|---|---|

| ARREST LOCATION: | ARREST DATE: |
|---|---|

CHARGE:   5-13-203      5-13-207

| ARRESTING OFFICERS | | |
|---|---|---|
| OFFICER 1: _____ ☐MVR | OFFICER 5: _____ ☐MVR |
| OFFICER 2: _____ ☐MVR | OFFICER 6: _____ ☐MVR |
| OFFICER 3: _____ ☐MVR | OFFICER 7: _____ ☐MVR |
| OFFICER 4: _____ ☐MVR | OFFICER 8: _____ ☐MVR |

Suspect information continued on next page.

| INCIDENT NUMBER 2020-019834 | ☐ JUVENILE INFORMATION | Report generated: 2/20/2020 4:45 AM |
|---|---|---|

## SUSPECT #1

| SUSPECT # | NAME (Last, First, Middle) | AKA: |
|---|---|---|
| 1 | **SINCLAIR,DOMINIQUE** | |

**COMPLEXION:**
- ☐ (1) Light
- ☐ (2) Medium
- ☐ (3) Dark
- ☐ (4) Acne
- ☐ (5) Freckled
- ☐ (6) Ruddy
- ☐ (7) Other
- ☑ (8) Unknown

**HAIR LENGTH:**
- ☐ (1) Long
- ☐ (2) Medium
- ☐ (3) Short
- ☐ (4) Bald(ing)
- ☐ (5) Other
- ☑ (6) Unknown

**HAIR STYLE:**
- ☐ (01) Afro
- ☐ (02) Wavy
- ☐ (03) Straight
- ☐ (04) Curly
- ☐ (05) Braided
- ☐ (06) Ponytail
- ☐ (07) Military
- ☐ (08) Processed
- ☐ (09) Wig/Toupee
- ☐ (10) Other
- ☑ (11) Unknown

**BUILD:**
- ☐ (1) Light
- ☐ (2) Medium
- ☐ (3) Heavy
- ☐ (4) Muscular
- ☑ (5) Unknown

**HAIR COLOR:**
- ☐ (1) Black
- ☐ (2) Blonde
- ☐ (3) Brown
- ☐ (4) Grey
- ☐ (5) Red
- ☐ (6) Sandy
- ☐ (7) Other
- ☑ (8) Unknown

**EYE COLOR:**
- ☐ (1) Blue
- ☐ (2) Brown
- ☐ (3) Grey
- ☐ (4) Green
- ☐ (5) Hazel
- ☐ (6) Other
- ☑ (7) Unknown

**FACIAL HAIR:**
- ☐ (01) Clean Shaven
- ☐ (02) Unshaven
- ☐ (03) Full Beard
- ☐ (04) Must. (hvy)
- ☐ (05) Must. (thin)
- ☐ (06) Brows (hvy)
- ☐ (07) Brows (thin)
- ☐ (08) Side Burns
- ☐ (09) Goatee
- ☐ (10) Other
- ☑ (11) Unknown

**DEMEANOR:**
- ☐ (01) Angry
- ☐ (02) Apologetic
- ☐ (03) Calm
- ☐ (04) Irrational
- ☐ (05) Nervous
- ☐ (06) Polite
- ☐ (07) Professional
- ☐ (08) Stupor
- ☐ (09) Violent
- ☐ (10) Drunk / High
- ☐ (11) Other
- ☑ (12) Unknown

**SCAR / MARK:**
- ☐ (01) Head
- ☐ (02) Neck
- ☐ (03) Hand (rt)
- ☐ (04) Hand (lft)
- ☐ (05) Arm (rt)
- ☐ (06) Arm (lft)
- ☐ (07) Body
- ☐ (08) Leg (rt)
- ☐ (09) Leg (lft)
- ☐ (10) Other
- ☐ (11) None
- ☑ (12) Unknown

**TATTOO:**
- ☐ (1) Designs
- ☐ (2) Initials
- ☐ (3) Names
- ☐ (4) Pictures
- ☐ (5) Words
- ☐ (6) Numbers
- ☐ (7) Insignia
- ☐ (8) None
- ☑ (9) Unknown

**TATTOO LOC:**
- ☐ (01) Arm (lft)
- ☐ (02) Arm (rt)
- ☐ (03) Leg (lft)
- ☐ (04) Leg (rt)
- ☐ (05) Hand (lft)
- ☐ (06) Hand (rt)
- ☐ (07) Face
- ☐ (08) Neck
- ☐ (09) Finger(s)
- ☐ (10) Chest
- ☐ (11) Back

**CLOTHING DESCRIPTION:**

HAT _____

COAT _____

SHIRT _____

PANTS/DRESS _____

SHOES _____

## ADDED DESCRIPTION:

n/a

| INCIDENT NUMBER  2020-019834 | ☐ JUVENILE INFORMATION | Report generated:  2/20/2020 4:45 AM |

## NARRATIVE

CONTACT WAS MADE WITH MR. CARSON, WHO WORKS AT THE LOCATION.  MR. CARSON ADVISED MR. SINCLAIR CAME BACK INTO THE BUSINESS AFTER BEING TOLD NOT TO RETURN.  MR. CARSON STATED MR. SINCLAIR PUSH THE DOOR INSIDE THE BUSINESS, WHICH RESULTED IN MR. CARSON GETTING STRUCK IN THE FACE WITH THE DOOR.  MR. MAHOSKY ADVISED HE GRABBED MR. SINCLAIR IN AN ATTEMPT TO RESTRAIN HIM.  MR. MAHOSKY ADVISED HE TOOK MR. SINCLAIR TO THE GROUND.  MR. MAHOSKY ADVISED HE LET MR. SINCLAIR GO.  MR. MAHOSKY STATED MR. SINCLAIR KICKED HIM IN THE HEAD.  I OBSERVED A HEMATOMA ON THE RIGHT SIDE OF MR. MAHOSKY'S FOREHEAD.  MR. MAHOSKY ADVISED HE DID NOT NEED AN AMBULANCE AND DID NOT WANT TO PRESS CHARGES ON MR. SINCLAIR.  I DID NOT OBSERVE ANY INJURES ON MR. CARSON'S FACE.  MR. CARSON WAS GIVEN THE INCIDENT NUMBER TO THIS REPORT AND ADVISED SEEK WARRANTS.  OFFICERS CIRCULATED THE AREA FOR MR. SINCLAIR WITH NEGATIVE RESULTS.  MVR IN USE.

| INCIDENT NUMBER 2020-019834 | ☐ JUVENILE INFORMATION | Report generated: 2/20/2020 4:45 AM |
|---|---|---|

| ADDITIONAL HOMICIDE CIRCUMSTANCES | ☐ (C) Criminal attacked a civilian | ☐ (F) Criminal resisted arrest |
|---|---|---|
| ☐ (A) Criminal attacked police officer, that officer killed criminal | ☐ (D) Criminal attempted flight from a crime | ☐ (G) Unable to determine / |
| ☐ (B) Criminal attacked police officer, criminal killed by other officer | ☐ (E) Criminal killed in commission of a crime | not enough information |

**RELATED CASE NUMBER(S)**

CAR JACKING? ☐ YES ☑ NO          DRIVE-BY? ☐ YES ☑ NO          GANG RELATED? ☐ YES ☑ NO

**HATE/BIAS RELATIONSHIP:**     ☑ (88) None     ☐ YES, SEE BELOW

| RACIAL (Anti-) | RELIGIOUS (Anti-) | ETHNICITY / NATIONAL ORIGIN (Anti-) | SEXUAL (Anti-) |
|---|---|---|---|
| ☐ (11) White | ☐ (21) Jewish | ☐ (32) Hispanic | ☐ (41) Male Homosexual (Gay) |
| ☐ (12) Black | ☐ (22) Catholic | ☐ (33) Other Ethnicity | ☐ (42) Female Homosexual (Lesbian) |
| ☐ (13) American Indian / Alaskan Native | ☐ (23) Protestant | | ☐ (43) Homosexual (Gay and Lesbian) |
| | ☐ (24) Islamic (Muslim) | DISABILITY (Anti-) | ☐ (44) Heterosexual |
| ☐ (14) Asian / Pacific Islander | ☐ (25) Other Religion | ☐ (51) Physical Disability | ☐ (45) Bisexual |
| ☐ (15) Multi-Racial Group | ☐ (26) Multi-Religious Group | ☐ (52) Mental Disability | |
| | ☐ (27) Atheist/Agnostic | | |

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2020-Mar-09 09:48:00
60CV-20-1941
C06D12 : 2 Pages

IN THE C*i*ʀC*u*i*T* COURT OF P*u*l*a*sk*i* COUNTY, ARKANSAS

IN RE PETITION OF A*r*thu*r*  C*ARS*o*n*
TO PROCEED IN FORMA PAUPERIS

CASE NO. _____

## PETITION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

COMES NOW the Plaintiff, A*nthu*r   C*ARS*o*n* ____, *pro se*, who hereby petitions the court for Leave to Proceed *In Forma Pauperis* and does allege and state as follows:

1. That Plaintiff, a resident of the State of Arkansas, has prepared and desires to file with this Court a C*OMP*l*A*i*NT*  w*i*t*h*  J*u*r*y* D*emAN*D _____.

2. That Plaintiff has completed an Affidavit in Support of Request to *Proceed In Forma Pauperis* setting out his/her income and assets. Plaintiff's Affidavit accompanies this petition.

3. That Plaintiff's income barely suffices to meet the costs of life's daily essentials and includes no allotment that could be budgeted to pay for court fees and costs incident to this proceeding.

4. That Plaintiff has no other income in addition to that described in his/her Affidavit and no means of paying such costs without being reduced to total impoverishment.

6. That Plaintiff believes that he/she is entitled to the relief requested in the accompanying C*OMP*l*A*i*NT* _____ and that such action is not brought for a frivolous or malicious purpose.

WHEREFORE, Plaintiff prays that the court enter an order allowing the Plaintiff to prosecute this action *In Forma Pauperis* and that the Plaintiff may have the necessary writs and processes without payment of fees or costs for the same.

Respectfully submitted,

SIGNATURE: *Arthur Carson*
ADDRESS: 10434 W. 36th St. #10-D
Little Rock, AR 72204
PHONE: 501-240-3431

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2020-Mar-09 09:48:00
60CV-20-1941
C06D12 : 4 Pages

IN THE _Circuit_ COURT _Pulaski_ , COUNTY, ARKANSAS

IN RE PETITION OF _Arthur Carson_
TO PROCEED IN FORMA PAUPERIS

NO. ___

AFFIDAVIT IN SUPPORT OF
REQUEST TO PROCEED IN FORMA PAUPERIS

I, _Arthur Carson_ , being first duly sworn, depose and say that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed? Yes ___ No ✓

(a) If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.


(b) If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.
   2/19/2020    $1600 month

2. Have you received within the past twelve months any money from any of the following sources?

(a) Business, profession or any form of self-employment?

Yes ___ No ✓

(b) Rent payments, interest or dividends?

Yes ___ No ✓___

(c) Pensions, annuities or life insurance payments?

Yes ___ No ✓

(d) Gifts or inheritances?

Yes ___ No ✓___

(e) Any other sources?

Yes ___ No ✓___

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.


3. Do you own any cash, or do you have money in a checking or savings account?

Yes ✓___ No ___

If the answer is yes, state the total amount in each account.
     $63.00

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ___ No ✓___

If the answer is yes, describe the property and state its approximate value.


5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

[6. TO BE COMPLETED ONLY IF PETITIONER IS INCARCERATED IN THE ARKANSAS DEPARTMENT OF CORRECTION OR ANY OTHER PENAL INSTITUTION.

Do you have any funds in the inmate welfare funds?

Yes ___ No ___

If the answer is yes, state the total amount in such account and have the certificate found below completed by the authorized officer of the institution.]


I understand that false statement or answer to any questions in this affidavit will subject me to penalties for perjury.


_Arthur Carson_
_____

Signature of Petitioner

STATE OF _Arkansas_

COUNTY OF _Pulaski_

Petitioner, _Arthur Carson_ being first duly sworn under oath, presents that he/she has read and subscribed to the above and states that the information therein is true and correct.

SUBSCRIBED AND SWORN to before me this _4th_ day of _March_ , 20 _20_

JANE D. VALENZUELA
PULASKI COUNTY
NOTARY PUBLIC · ARKANSAS
My Commission Expires August 08, 2028
Commission No. 12705216

_____
Notary Public

My commission expires: _08.08.28_

[(To be completed by authorized officer of penal institution)

## CERTIFICATE

I hereby certify that the petitioner herein,_____, has the sum of $
_____ on account to his/her credit at the _____ institution where he/she is
confined.

I further certify that petitioner likewise has the following securities to his/her credit
according to the records of said institution:

_____

_____.


_____

Authorized Officer of Institution]

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2020-Mar-10  10:30:22
60CV-20-1941
C06D12 : 1 Page

IN THE _Circuit_ COURT OF _Pulaski_ COUNTY, ARKANSAS

IN RE PETITION OF _Arthur Carson_
TO PROCEED IN FORMA PAUPERIS

CASE NO. _60CV-20-1941_

## ORDER GRANTING LEAVE TO PROCEED _IN FORMA PAUPERIS_

On this day comes on to be heard the petition of _Arthur Carson_, that he/she

be permitted to prosecute the above action _In Forma Pauperis_. The Court being satisfied of the

truth of the facts alleged and good cause appearing thereto, IT IS HEREBY ORDERED:

1.      That Plaintiff, _Arthur Carson_, be authorized and permitted to proceed

in the above-captioned cause, _In Forma Pauperis_.

2.      That the Clerk of the Court shall receive and file any necessary forms or pleadings

incident to petitioner's action without requiring the payment of fees or costs.

3.      That the sheriffs of the counties of the State of Arkansas shall serve writs or

processes incident to petitioner's action without requiring the payment of fees or costs.

IT IS SO ORDERED.

_____
Judge

_3/9/20_
_____
Date

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2020-Mar-10 10:31:59
60CV-20-1941
C06D12 : 16 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

_____, DIVISION


ARTHUR CARSON, PLAINTIFF.,

V.

WOLFE STREET FOUNDATION, DEFENDANT.,
VICKIE SIEBENMORGEN, DEFENDANT,
JAMES BOILING, DEFENDANT.,


### COMPLAINT WITH JURY DEMAND


TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now the Plaintiff, Arthur Carson, and would Like to Show the following:


### I.    PARTIES:


1). PLAINTIFF, ARTHUR CARSON, 10434 W. 36th Street, Little Rock, AR 72204;

2). WOLFE STREET FOUNDATION, (Registered Agent, Joy Reynolds, 1015 S.

Louisiana Street, Little Rock, AR 72202;


(1)

3). Vickie Siebenmorgen,Executive Director- 1015 S. Louisiana Street, Little Rock, AR 72202;

4). James Boiling, (Acting Manager), 1015 S. Louisiana Street, Little Rock, AR 72202.


## II.    JURISDICTION:

This Court has Jurisdiction, pursuant to; A.C.A. Sec. 11-8-103, "Corporate Liability",

A.C.A. Sec.11-64-122, "Negligence", Sec. 11-5-115, "Workplace Prevention ", Arkansas-

Civil Rights Statue,"; Sec. 16-123-107, Plaintiff Invoke the General Jurisdiction of This

Court, 42 USC 1983, 29 USC 654 "Legal Obligation to Maintain a Safe Work

Environment", 29 USC 203, "Fair Labor Standard Act".


## III. STATEMENT OF THE CLAIMS:

(A). The Defendant's, Wolfe Street Foundation, and Executive Director, Vickie-

Siebenmorgen, Have Carelessly, and Negligently failed to Ban Violent and disruptive

Attendees of Wolf Street Permanently;

(B). Discriminatorily Dispensing Health and Life Insurance, while Highly Compensated

Staff receive Full Benefits, including 401k;

( C ). The Defendants failed to Prosecute Attendees who Violate The Law;

(D). The Defendants have Fostered a Violent Workplace Atmosphere;

(E). The Defendant's failure to Act On Workplace Threats of Violence, Harassment,

Or intimidation, are  the proximate cause of Carson's injuries.

(2)

(F). The Defendants failed to have Visitors to Wolf Street Register prior to entering

The Building or Establishing a method to determine who is in the Building;

(G). The Defendant's failed to Require all meeting Chairperson and Sponsor

Expel its trouble-makers;

(H). The Defendants concealed the Active Shooter Manual from Carson, and

Failed to provide any Training in the area.


## IV. STATEMENT OF FACTS:

1). Plaintiff, " Carson" was An Employee of Wolfe Street Foundation, "WSF".

On 2/19/2020, While Working as the Building Monitor, which duties included being

On the front line, to ensure Safety in the Building. Carson would inform His Superiors,

James Boiling, and Vickie Siebenmorgen of any perceived problems or potential

Attendees from Loiters.

   The Defendants at all times failed to take reasonable steps to prevent Workplace

Violence, even when warned by Carson, specifically that of February 18, 2020.

Carson, gave  Vickie Siebenmorgen,  James Boiling, a Memo that warned of

Dominique Sinclair's attempt to hide inside the Building while Carson were

Locking for the Night. No action were taken, even thought this individual  had

A history of illegally entering the Building for housing.

2). On February 19, 2020, @ 7:45 P.M., while viewing the Security Monitor,

Carson noticed an individual run inside the Building, upstairs.  Carson  went to observe,

(3)

And informed Him that if He pulled another stunt like attempting to hide in the Building,

Dominique became angry and mumble something, ran outside, where Carson went back

Inside to watch His activities through the Security Monitor.  He was  observed getting an

Object from the mailbox, and rushed to the Bookstore, and caused the doubled glass

Doors nearly to break,     Carson unlocked the door, where Dominique rushed inside,

Causing the door to strike Carson and snapped  His Head Back, causing His Neck and

Spinal issues. Carson swung back at Dominique in a defensive manner,  before being

Grabbed by two guys and a lady, where during their attempts to subdue Him, Dominique

Kicked one of the guys in the head,(Luke), and tried to Kick the lady, in which Carson

Was on the Phone with the 911 operator. Dominique subsequently left the scene before

Police arrive, where a Warrant for His Arrest was issued.

3). The Assailant, Dominique Sinclair had a long history with WSF prior to His Assault

On Carson, yet no action was taken to ban His coming to the WSF.

The Night of Carson's altercation with Dominique, Carson called James Boiling Phone

Twice to inform Him what had occured, He refused to answer His phone. Even the Morning

After,     calls went to His Voicemail. Carson text James Boiling to ask about His Medical

Expenses He would incur, where James Boiling and Vickie Siebenmorgen has refused to

Respond to anything relating to Insurance or payment for Carson's injuries.

(4)

All White Staff Members of WSF are given Insurance benefits, yet Carson, the lone African-American Staff Members were Discriminatorily deprived by Defendants.

4). The Defendant's abdicated its (1) duty of care to Carson, (2) Defendant Breached their Duty, (3) there exist an actual causal connection between the Defendant's conduct and Resulting harm to Carson, (4) Defendant's inactions are the proximate cause of Carson Injury, which were foreseeable, and (5) damages resulting from Defendant's indifference to His safety, where " On February 10, 2020, "Cassie", A meeting attendee of N/A Meetings were into an Argument with another attendee, however, Cassie hide a six inch Knife in the Women's Restroom, where it was axiomatic Her intent, She was allowed to Attend the evening meeting of AA.

5). On February 14, 2020, Carson was approached by "Micheal Dennis", a Chairperson For the AA Meetings, where He and five other AA Members approached Carson to taunt, Where Michael Dennis told the other lets get Him and Take into the kitchen area [ sic]. This was done so because they could not get into their meeting room early. When Carson Informed His Supervisor, James Boling, He said "Well I know Michael Dennis", just over-Look at the harassment.

  The Defendant's "Open Violence Workplace Position" , while refusing to take any action to Circumvent threats, harassment, or taunting affirmed the Violent atmosphere, and fostered WSF Violent Workplace environment, resulting in Carson suffering a neck and spinal injury.

(5)

PRAYER:

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF PRAY THAT, Declaratory And

Injunctive Action are taken to Implement a Workplace Violence Policy; Compensatory,

Punitive, Damages, Trial By Jury; All other equitable relief This Court deem Equitable.

RESPECTFULLY SUBMITTED,

Arthur Carson
10434 W. 36th Street #10-B
Little Rock, AR 72204
(artcarson67@gmail.Com)

   I, Arthur Carson,states the foregoing claims are true and correct to the best of My knowledge,

Pursuant to the Penalties of perjury, 28 USC 1746.

   I swear the foregoing statements are true and correct.

_____. Dated this 4th day of March, 2020.

Arthur Carson
In Propria Persona

(6)

Exhibit # 1





... Dominique ... on altercation because this ... never banned. Also, I have no insurance from WSF, I am on the front line and deserve better. Who would pay for my injury? Will let you know the results. But something has to change.

er mess ...

# 2



2/19/2020 nite ahtisinside

Exhibit #3

# LITTLE ROCK POLICE DEPARTMENT INCIDENT REPORT

| ☐ JUVENILE INFORMATION | INCIDENT | | Report generated: 2/20/2020 4:45 AM |
|---|---|---|---|

| INCIDENT NUMBER **2020-019834** | UNIT ASSIGNED **2X40** | CALL DATE **02/19/2020** | CALL TIME **20:05:00** | TYPE OF CALL **ASLTJO** |
|---|---|---|---|---|

| INCIDENT DATE **2/19/2020 7:50:00 PM** | LOCATION OF INCIDENT (ADDRESS / BUSINESS NAME) 1015 S LOUISIANA ST | DISTRICT **40** |
|---|---|---|

## OFFENSE

### INCIDENT OFFENSE TYPE

1. BATTERY 3RD DEGREE
2. ASSAULT 3RD DEGREE
3.
4.
5.
6.
7.
8.

**OFFENSE STATUS**

Attempted / Completed: 1 ☑ 2 ☑ 3 ☐ 4 ☐

Attempted / Completed: 5 ☐ 6 ☐ 7 ☐ 8 ☐

**SUSPECTS USED:**
- ☑ (A) Alcohol
- ☐ (D) Drugs
- ☐ (C) Computer Equip
- ☐ (N) Not Applicable / Unknown

**TYPE OF CRIMINAL ACTIVITY:**
- ☐ (B) Buying / Receiving
- ☐ (E) Exploiting Children
- ☐ (T) Transport / Transmit / Import
- ☐ (D) Distributing / Selling
- ☐ (C) Cultivate / Manufacture / Publish
- ☐ (O) Operating / Promoting / Assisting
- ☐ (U) Using / Consuming
- ☐ (P) Possessing / Concealing

**GANG RELATED INFO:**
- ☐ (J) Juvenile Gang
- ☐ (G) Other Gang
- ☑ (N) None / Unknown

**LOCATION CODE:**
- ☐ (01) Air / Bus / Train Terminal
- ☐ (02) Bank / Savings & Loan
- ☐ (03) Bar / Night Club
- ☐ (04) Church / Synagogue / Temple
- ☐ (05) Commercial / Office Building
- ☐ (06) Construction Site
- ☐ (07) Convenience Store
- ☐ (08) Department / Discount Store
- ☐ (09) Drug Store / DR Office / Hospital
- ☐ (10) Field / Woods
- ☐ (11) Government / Public Building
- ☐ (12) Grocery / Supermarket
- ☐ (13) Highway / Road / Alley
- ☐ (14) Hotel / Motel / Etc
- ☐ (15) Jail / Penitentiary
- ☐ (16) Lake / Waterway
- ☐ (17) Liquor Store
- ☐ (18) Parking Lot / Garage
- ☐ (19) Rental / Storage Facility
- ☐ (20) Residence / House
- ☐ (21) Restaurant
- ☐ (22) School / College
- ☐ (23) Service / Gas Station
- ☐ (24) Specialty Store (TV, Fur, Etc)
- ☐ (25) Other / Unknown
- ☐ (37) Abandoned/Condemned Structure
- ☐ (38) Amusement Park
- ☐ (39) Arena / Stadium / Fairgrounds
- ☐ (40) ATM Separate from Bank
- ☐ (41) Auto Dealership New / Used
- ☐ (42) Camp / Campground
- ☐ (44) Daycare Facility
- ☐ (45) Dock / Wharf / Freight Terminal
- ☐ (46) Farm Facility
- ☐ (47) Gambling / Casino / Racetrack
- ☐ (48) Industrial Site
- ☐ (49) Military Installation
- ☐ (50) Park / Playground
- ☐ (51) Rest Area
- ☐ (52) School - College / University
- ☐ (53) School - Elementary / Secondary
- ☑ (54) Shelter - Mission / Homeless
- ☐ (55) Shopping Mall
- ☐ (56) Tribal Lands
- ☐ (57) Community Center

**WEAPON FORCE:** (on 11-15, an "A" denotes Automatic or Semi-Automatic)
- ☐ (11) Firearm (Unknown)
- ☐ (12) Handgun
- ☐ (13) Rifle
- ☐ (14) Shotgun
- ☐ (15) Other Firearm
- ☐ (20) Knife / Cutting Instr (Axe, etc)
- ☐ (30) Blunt Object (Club, etc)
- ☐ (35) Motor Vehicle (as weapon)
- ☑ (40) Personal Weapons (hands, etc)
- ☐ (50) Poison
- ☐ (60) Explosives
- ☐ (65) Fire / Incendiary Device
- ☐ (70) Narcotics / Drugs / Sleeping Pills
- ☐ (85) Asphyxiation
- ☐ (90) Other
- ☐ (95) Unknown
- ☐ (99) None

**(FOR BURGLARY ONLY)**

NUMBER OF PREMISES ENTERED _____

**METHOD OF ENTRY:**
- ☐ (F) Forcible
- ☐ (N) No Force

**NARCAN USED:** ☐ Yes ☑ No ☐ Other

| ENTRY DATE 02/20/2020 02:02:50 | REPORTING OFFICER AGHOGHO ONIOVOS - 34305 | ORIGINAL APPROVING SUPERVISOR DERRICK THREADGILL - 27113 | ☑ MVR in use |
|---|---|---|---|

#4

| INCIDENT NUMBER  2020-019834 | ☐ JUVENILE INFORMATION | Report generated:  2/20/2020 4:45 AM |
|---|---|---|

# VICTIM

| VICTIM #  1 | NAME (Last, First, Middle) or BUSINESS  **CARSON,ARTHUR** |
|---|---|

**ADDRESS:**
1015 S LOUISIANA ST  LITTLE ROCK AR 72202

| HOME PHONE: | WORK PHONE:  5015081090 | MOBILE PHONE: | OTHER PHONE: |
|---|---|---|---|

| SEX: ☑(M) Male  ☐(F) Female  ☐(U) Unk. | ETHNICITY: ☐(H)Hispanic  ☑(N) Non-Hispanic ☐(U) Unk. | RACE: ☐(W) White ☑(B) Black ☐(I) American Indian  ☐(A) Asian / Pacific Islander ☐(U) Unknown | DATE OF BIRTH  04/04/1954 |
|---|---|---|---|

| RES. STATUS: ☑(R) Resident  ☐(N) Nonresident  ☐(U) Unknown | MENTALLY AFFLICTED?  ☐(Y) Yes ☑(N) No ☐(U) Unk. | OCCUPATION / EMPLOYER: |
|---|---|---|

**AGE:**
Exact Age: 65
Range: _____ - _____
☐(NN) Under 24 Hrs. Old
☐(NB) 1-6 Days Old
☐(BB) 7-364 Days Old
☐(99) Over 98 Years Old
☐(00) Unknown

NIC:

D.L. / ID No. (STATE)

**RELATIONSHIP OF THIS VICTIM TO SUSPECTS**
SUSPECT(S) VICTIM WAS:  (by Suspect Number)

| | | |
|---|---|---|
| (SE) Spouse | 1 | (AQ) Acquaintance |
| (CS) Common-Law Spouse | | (FR) Friend |
| (PA) Parent | | (NE) Neighbor |
| (SB) Sibling | | (BE) Babysitter (baby) |
| (CH) Child | | (BG) Boy/Girl Friend |
| (GP) Grandparents | | (CF) Child of BF / GF |
| (GC) Grandchild | | (HR) Homosexual Rel. |
| (IL) Inlaw | | (XS) Ex-Spouse |
| (SP) Stepparent | | (EE) Employee |
| (SC) Stepchild | | (ER) Employer |
| (SS) Stepsibling | | (OK) Otherwise Known |
| (OF) Other Family | | (RU) Relationship Unknown |
| (ST) Stranger | | (VO) Victim Was Suspect |

**THIS VICTIM RELATED TO WHICH OFFENSES?**
☑1  ☑2  ☐3  ☐4  ☐5  ☐6  ☐7  ☐8

**VICTIM TYPE:** ☑(I) Individual  ☐(B) Business  ☐(F) Financial Inst.  ☐(U) Unknown
☐(G) Government  ☐(R) Religious  ☐(S) Society / Public  ☐(O) Other

**VICTIM INJURY:**
☑(N) None  ☐(M) Apparent Minor Injury  ☐(B) Apparent Broken Bones
☐(I) Possible Internal Injury  ☐(T) Loss of Teeth  ☐(L) Severe Laceration
☐(O) Other Major Injury  ☐(U) Unconsciousness

**AGGRAVATED ASSAULT / HOMICIDE:** ☐(01) Argument  ☐(02) Assault on Law Enf Officer  ☐(03) Drug Deal
☐(04) Gangland  ☐(05) Juvenile Gang  ☐(06) Lover's Quarrel  ☐(07) Mercy Killings
☐(08) Other Felony Involved  ☐(09) Other Circumstances  ☐(10) Unknown Circumstances  ☐(20) Criminal Killed by Private Citizen
☐(21) Criminal Killed by Police Officer  ☐(30) Child Playing w/ Weapon  ☐(31) Gun-Cleaning Accident  ☐(32) Hunting Accident
☐(33) Other Negligent Weapon Handling  ☐(34) Other Negligent Killings

**CLOTHING DESCRIPTION**
HAT _____  SHIRT _____  SHOES _____
COAT _____  PANTS/DRESS _____

| INCIDENT NUMBER 2020-019834 | ☐ JUVENILE INFORMATION | Report generated: 2/20/2020 4:45 AM |
| --- | --- | --- |

# VICTIM

| VICTIM # | NAME (Last, First, Middle) or BUSINESS |
| --- | --- |
| 2 | **MAHOSKY,LUKE** |

ADDRESS:

1015 S LOUISIANA ST  LITTLE ROCK AR 72202

| HOME PHONE: | WORK PHONE: | MOBILE PHONE: | OTHER PHONE: |
| --- | --- | --- | --- |
| 5016976111 | | | |

SEX: ☑(M) Male  ☐(F) Female  ☐(U) Unk.
ETHNICITY: ☐(H)Hispanic  ☑(N) Non-Hispanic  ☐(U) Unk.
RACE: ☑(W) White  ☐(B) Black  ☐(I) American Indian  ☐(A) Asian / Pacific Islander  ☐(U) Unknown
DATE OF BIRTH 12/19/1982

RES. STATUS: ☑(R) Resident  ☐(N) Nonresident  ☐(U) Unknown
MENTALLY AFFLICTED? ☐(Y) Yes  ☑(N) No  ☐(U) Unk.
OCCUPATION / EMPLOYER:

| AGE: | NIC: | RELATIONSHIP OF THIS VICTIM TO SUSPECTS |
| --- | --- | --- |

AGE:
Exact Age: 37
Range: _____ - _____   ☐(BB) 7-364 Days Old
☐(NN) Under 24 Hrs. Old   ☐(99) Over 98 Years Old
☐(NB) 1-6 Days Old   ☐(00) Unknown

NIC:

D.L. / ID No. (STATE)

RELATIONSHIP OF THIS VICTIM TO SUSPECTS
SUSPECT(S) VICTIM WAS:   (by Suspect Number)

| | | |
| --- | --- | --- |
| _____ (SE) Spouse | | _____ (AQ) Acquaintance |
| _____ (CS) Common-Law Spouse | | _____ (FR) Friend |
| _____ (PA) Parent | | _____ (NE) Neighbor |
| _____ (SB) Sibling | | _____ (BE) Babysitter (baby) |
| _____ (CH) Child | | _____ (BG) Boy/Girl Friend |
| _____ (GP) Grandparents | | _____ (CF) Child of BF / GF |
| _____ (GC) Grandchild | | _____ (HR) Homosexual Rel. |
| _____ (IL) Inlaw | | _____ (XS) Ex-Spouse |
| _____ (SP) Stepparent | | _____ (EE) Employee |
| _____ (SC) Stepchild | | _____ (ER) Employer |
| _____ (SS) Stepsibling | | _____ (OK) Otherwise Known |
| _____ (OF) Other Family | | _____ (RU) Relationship Unknown |
| _____ (ST) Stranger | | _____ (VO) Victim Was Suspect |

THIS VICTIM RELATED TO WHICH OFFENSES?
☑1  ☑2  ☐3  ☐4  ☐5  ☐6  ☐7  ☐8

VICTIM TYPE: ☑(I) Individual  ☐(B) Business  ☐(F) Financial Inst.  ☐(U) Unknown  ☐(G) Government  ☐(R) Religious  ☐(S) Society / Public  ☐(O) Other

VICTIM INJURY:
☐(N) None
☐(I) Possible Internal Injury
☐(O) Other Major Injury
☐(M) Apparent Minor Injury
☐(T) Loss of Teeth
☐(U) Unconsciousness
☐(B) Apparent Broken Bones
☐(L) Severe Laceration

AGGRAVATED ASSAULT / HOMICIDE:
☐(01) Argument   ☐(02) Assault on Law Enf Officer   ☐(03) Drug Deal
☐(04) Gangland   ☐(05) Juvenile Gang   ☐(06) Lover's Quarrel   ☐(07) Mercy Killings
☐(08) Other Felony Involved   ☐(09) Other Circumstances   ☐(10) Unknown Circumstances   ☐(20) Criminal Killed by Private Citizen
☐(21) Criminal Killed by Police Officer   ☐(30) Child Playing w/ Weapon   ☐(31) Gun-Cleaning Accident   ☐(32) Hunting Accident
☐(33) Other Negligent Weapon Handling   ☐(34) Other Negligent Killings

CLOTHING DESCRIPTION

HAT _____   SHIRT _____   SHOES _____
COAT _____   PANTS/DRESS _____

| INCIDENT NUMBER  2020-019834 | ☐ JUVENILE INFORMATION | Report generated:  2/20/2020 4:45 AM |
| --- | --- | --- |

# SUSPECT #1

| SUSPECT #  1 | NAME (Last, First, Middle)  **SINCLAIR,DOMINIQUE** | AKA: |
| --- | --- | --- |

| ARRESTEE # | ADDRESS:  3919 W 13TH ST  LITTLE ROCK AR 72204 |
| --- | --- |

| HOME PHONE: | WORK PHONE: | MOBILE PHONE: | OTHER PHONE: |
| --- | --- | --- | --- |

| SEX:  ☑(M) Male  ☐(F) Female   ☐(U) Unk. | ETHNICITY:  ☐(H)Hispanic  ☑(N) Non-Hispanic  ☐(U) Unk. | RACE:  ☐(W) White  ☑(B) Black  ☐(I) American Indian  ☐(A) Asian / Pacific Islander  ☐(U) Unknown | DATE OF BIRTH  02/09/1986 |
| --- | --- | --- | --- |

| RES. STATUS:  ☑(R) Resident  ☐(N) Nonresident   ☐(U) Unknown | MENTALLY AFFLICTED?  ☐(Y) Yes  ☑(N) No  ☐(U) Unk. | OCCUPATION / EMPLOYER: |
| --- | --- | --- |

AGE:
Exact Age:  34
Range: ____ - ____
☐(99) Over 98 Years Old
☐(00) Unknown

SUSPECTS ACTIONS RELATED TO:
☑V1  ☐V2  ☐V3  ☐V4
☐V5  ☐V6  ☐V7  ☐V8

DISPOSITION OF JUVENILE:
☐(H) Handled within Department
☐(R) Referred outside Department

NIC:

D.L. / ID No. (STATE)

HEIGHT:
Ft ____
In ____

WEIGHT:
Lbs ____

WEAPONS AT ARREST:
☐(01) Unarmed
☐(11) Firearm (Unk)
☐(12) Handgun
☐(13) Rifle
☐(14) Shotgun
☐(15) Other Firearm
☐(16) Illegal Cutting Instrument
☐(17) Club/Blackjack/Brass

(A – 1 automatic)

THIS SUSPECT RELATES TO WHICH OFFENSES?
☑1  ☑2  ☐3  ☐4  ☐5  ☐6  ☐7  ☐8

ARREST TYPE:
☐(O) On View Arrest
☐(S) Summons / Cited
☐(T) Taken Into Custody

| ARREST LOCATION: | ARREST DATE: |
| --- | --- |

CHARGE:   5-13-203      5-13-207

ARRESTING OFFICERS
OFFICER 1: _____ ☐MVR      OFFICER 5: _____ ☐MVR
OFFICER 2: _____ ☐MVR      OFFICER 6: _____ ☐MVR
OFFICER 3: _____ ☐MVR      OFFICER 7: _____ ☐MVR
OFFICER 4: _____ ☐MVR      OFFICER 8: _____ ☐MVR

Suspect information continued on next page.

| INCIDENT NUMBER  2020-019834 | ☐ JUVENILE INFORMATION | Report generated:  2/20/2020 4:45 AM |
|---|---|---|

# SUSPECT #1

| SUSPECT #<br>1 | NAME (Last, First, Middle)<br>**SINCLAIR,DOMINIQUE** | AKA: |
|---|---|---|

**COMPLEXION:**
- ☐ (1) Light
- ☐ (2) Medium
- ☐ (3) Dark
- ☐ (4) Acne
- ☐ (5) Freckled
- ☐ (6) Ruddy
- ☐ (7) Other
- ☑ (8) Unknown

**HAIR LENGTH:**
- ☐ (1) Long
- ☐ (2) Medium
- ☐ (3) Short
- ☐ (4) Bald(ing)
- ☐ (5) Other
- ☑ (6) Unknown

**HAIR STYLE:**
- ☐ (01) Afro
- ☐ (02) Wavy
- ☐ (03) Straight
- ☐ (04) Curly
- ☐ (05) Braided
- ☐ (06) Ponytail
- ☐ (07) Military
- ☐ (08) Processed
- ☐ (09) Wig/Toupee
- ☐ (10) Other
- ☑ (11) Unknown

**BUILD:**
- ☐ (1) Light
- ☐ (2) Medium
- ☐ (3) Heavy
- ☐ (4) Muscular
- ☑ (5) Unknown

**HAIR COLOR:**
- ☐ (1) Black
- ☐ (2) Blonde
- ☐ (3) Brown
- ☐ (4) Grey
- ☐ (5) Red
- ☐ (6) Sandy
- ☐ (7) Other
- ☑ (8) Unknown

**EYE COLOR:**
- ☐ (1) Blue
- ☐ (2) Brown
- ☐ (3) Grey
- ☐ (4) Green
- ☐ (5) Hazel
- ☐ (6) Other
- ☑ (7) Unknown

**FACIAL HAIR:**
- ☐ (01) Clean Shaven
- ☐ (02) Unshaven
- ☐ (03) Full Beard
- ☐ (04) Must. (hvy)
- ☐ (05) Must. (thin)
- ☐ (06) Brows (hvy)
- ☐ (07) Brows (thin)
- ☐ (08) Side Burns
- ☐ (09) Goatee
- ☐ (10) Other
- ☑ (11) Unknown

**DEMEANOR:**
- ☐ (01) Angry
- ☐ (02) Apologetic
- ☐ (03) Calm
- ☐ (04) Irrational
- ☐ (05) Nervous
- ☐ (06) Polite
- ☐ (07) Professional
- ☐ (08) Stupor
- ☐ (09) Violent
- ☐ (10) Drunk / High
- ☐ (11) Other
- ☑ (12) Unknown

**SCAR / MARK:**
- ☐ (01) Head
- ☐ (02) Neck
- ☐ (03) Hand (rt)
- ☐ (04) Hand (lft)
- ☐ (05) Arm (rt)
- ☐ (06) Arm (lft)
- ☐ (07) Body
- ☐ (08) Leg (rt)
- ☐ (09) Leg (lft)
- ☐ (10) Other
- ☐ (11) None
- ☑ (12) Unknown

**TATTOO:**
- ☐ (1) Designs
- ☐ (2) Initials
- ☐ (3) Names
- ☐ (4) Pictures
- ☐ (5) Words
- ☐ (6) Numbers
- ☐ (7) Insignia
- ☐ (8) None
- ☑ (9) Unknown

**TATTOO LOC:**
- ☐ (01) Arm (lft)
- ☐ (02) Arm (rt)
- ☐ (03) Leg (lft)
- ☐ (04) Leg (rt)
- ☐ (05) Hand (lft)
- ☐ (06) Hand (rt)
- ☐ (07) Face
- ☐ (08) Neck
- ☐ (09) Finger(s)
- ☐ (10) Chest
- ☐ (11) Back

**CLOTHING DESCRIPTION:**

HAT _____

COAT _____

SHIRT _____

PANTS/DRESS _____

SHOES _____

**ADDED DESCRIPTION:**

n/a

| INCIDENT NUMBER  2020-019834 | ☐ JUVENILE INFORMATION | Report generated:  2/20/2020 4:45 AM |
|---|---|---|

## NARRATIVE

CONTACT WAS MADE WITH MR. CARSON, WHO WORKS AT THE LOCATION.  MR. CARSON ADVISED MR. SINCLAIR CAME BACK INTO THE BUSINESS AFTER BEING TOLD NOT TO RETURN.  MR. CARSON STATED MR. SINCLAIR PUSH THE DOOR INSIDE THE BUSINESS, WHICH RESULTED IN MR. CARSON GETTING STRUCK IN THE FACE WITH THE DOOR.  MR. MAHOSKY ADVISED HE GRABBED MR. SINCLAIR IN AN ATTEMPT TO RESTRAIN HIM.  MR. MAHOSKY ADVISED HE TOOK MR. SINCLAIR TO THE GROUND.  MR. MAHOSKY ADVISED HE LET MR. SINCLAIR GO.  MR. MAHOSKY STATED MR. SINCLAIR KICKED HIM IN THE HEAD.  I OBSERVED A HEMATOMA ON THE RIGHT SIDE OF MR. MAHOSKY'S FOREHEAD.  MR. MAHOSKY ADVISED HE DID NOT NEED AN AMBULANCE AND DID NOT WANT TO PRESS CHARGES ON MR. SINCLAIR.  I DID NOT OBSERVE ANY INJURES ON MR. CARSON'S FACE.  MR. CARSON WAS GIVEN THE INCIDENT NUMBER TO THIS REPORT AND ADVISED SEEK WARRANTS.  OFFICERS CIRCULATED THE AREA FOR MR. SINCLAIR WITH NEGATIVE RESULTS.  MVR IN USE.

| INCIDENT NUMBER  2020-019834 | ☐ JUVENILE INFORMATION | Report generated:  2/20/2020 4:45 AM |
|---|---|---|

**ADDITIONAL HOMICIDE CIRCUMSTANCES**

☐ (A) Criminal attacked police officer, that officer killed criminal
☐ (B) Criminal attacked police officer, criminal killed by other officer

☐ (C) Criminal attacked a civilian
☐ (D) Criminal attempted flight from a crime
☐ (E) Criminal killed in commission of a crime

☐ (F) Criminal resisted arrest
☐ (G) Unable to determine / not enough information

**RELATED CASE NUMBER(S)**

CAR JACKING?  ☐ YES ☑ NO          DRIVE-BY?  ☐ YES ☑ NO          GANG RELATED?  ☐ YES ☑ NO

**HATE/BIAS RELATIONSHIP:**   ☑ (88) None   ☐ YES, SEE BELOW

| RACIAL (Anti-) | RELIGIOUS (Anti-) | ETHNICITY / NATIONAL ORIGIN (Anti-) | SEXUAL (Anti-) |
|---|---|---|---|
| ☐ (11) White | ☐ (21) Jewish | ☐ (32) Hispanic | ☐ (41) Male Homosexual (Gay) |
| ☐ (12) Black | ☐ (22) Catholic | ☐ (33) Other Ethnicity | ☐ (42) Female Homosexual (Lesbian) |
| ☐ (13) American Indian / Alaskan Native | ☐ (23) Protestant | **DISABILITY (Anti-)** | ☐ (43) Homosexual (Gay and Lesbian) |
| ☐ (14) Asian / Pacific Islander | ☐ (24) Islamic (Muslim) | ☐ (51) Physical Disability | ☐ (44) Heterosexual |
| ☐ (15) Multi-Racial Group | ☐ (25) Other Religion | ☐ (52) Mental Disability | ☐ (45) Bisexual |
| | ☐ (26) Multi-Religious Group | | |
| | ☐ (27) Atheist/Agnostic | | |

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## HON. ALICE S. GRAY - 12TH DIVISION 6TH CIRCUIT

### ARTHUR CARSON V WOLFE STREET FOUNDATION ET AL

60CV-20-1941

### SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

JAMES  BOILING
1015 S LOUISIANA ST
LITTLE ROCK, AR  72202

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

ARTHUR CARSON
10434 W 36TH ST
Little Rock, AR  72204

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:
•Notice of Right to Consent to Disposition of Case by a State District Court Judge


CLERK OF COURT

Address of Clerks Office

TERRI HOLLINGSWORTH, CIRCUIT CLERK
CIRCUIT COURT OF PULASKI COUNTY
401 W. MARKHAM
LITTLE ROCK, AR  72201

*Timothy S. Bryant*

TIMOTHY BRYANT, DC

Date: 03/16/2020

## NOTICE OF RIGHT TO CONSENT
## TO DISPOSITION OF CASE BY A STATE DISTRICT COURT JUDGE

In accordance with Administrative Order Number 18, you are hereby notified that upon the consent of all the parties in a case, a State District Court Judge may be authorized to conduct all proceedings, including trial of the case and entry of a final judgment. Copies of appropriate consent forms are available from the Circuit Clerk.

You should be aware that your decision to consent or not to consent to the disposition of your case before a State District Court Judge is entirely voluntary, and by consenting to the reference of this matter to a State District Court Judge, the parties waive their right to a jury trial, and any appeal in the case shall be taken directly to the Arkansas Supreme Court or Court of Appeals as authorized by law.

You should communicate your consent by completing the Form -- CONSENT TO PROCEED BEFORE A STATE DISTRICT COURT JUDGE -- and return to the Circuit Clerk.

Circuit Clerk
Date: 03/16/2020

No. 60CV-20-1941 This summons is for JAMES  BOILING (name of Defendant).


PROOF OF SERVICE

❏ On _____ [date] I personally delivered the summons and complaint to the individual at _____ [place]; or


❏ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or


❏ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or


❏ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or


❏ On _____ [date] at _____ [address], where the defendant maintains and office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____

[name and job description]; or


❏ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.


❏ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.


❏ Other [specify]:

_____


❏ I was unable to execute service because:

_____
_____


My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____          SHERIFF OF _____ COUNTY, ARKANSAS

                               By: _____
                               [Signature of server]


                               _____
                               [Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____          By: _____
                               [Signature of server]


                               _____
                               [Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____


                               _____
                               Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## HON. ALICE S. GRAY - 12TH DIVISION 6TH CIRCUIT

ARTHUR CARSON V WOLFE STREET FOUNDATION ET AL

60CV-20-1941

### SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

VICKIE  SIEBENMORGEN
1015 S LOUISIANA ST
LITTLE ROCK, AR  72202

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint.  Within
30 days after service of this summons on you (not counting the day you received it) - or 60 days if you
are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - you must file with
the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas
Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and
address are:

ARTHUR CARSON
10434 W 36TH ST
Little Rock, AR  72204

If you fail to respond within the applicable time period, judgment by default may be entered against
you for the relief demanded in the complaint.

Additional notices:
•Notice of Right to Consent to Disposition of Case by a State District Court Judge

CLERK OF COURT

Address of Clerks Office

TERRI HOLLINGSWORTH, CIRCUIT CLERK
CIRCUIT COURT OF PULASKI COUNTY
401 W. MARKHAM
LITTLE ROCK, AR  72201

TIMOTHY BRYANT, DC

Date: 03/16/2020

## NOTICE OF RIGHT TO CONSENT
## TO DISPOSITION OF CASE BY A STATE DISTRICT COURT JUDGE

In accordance with Administrative Order Number 18, you are hereby notified that upon the consent of all the parties in a case, a State District Court Judge may be authorized to conduct all proceedings, including trial of the case and entry of a final judgment. Copies of appropriate consent forms are available from the Circuit Clerk.

You should be aware that your decision to consent or not to consent to the disposition of your case before a State District Court Judge is entirely voluntary, and by consenting to the reference of this matter to a State District Court Judge, the parties waive their right to a jury trial, and any appeal in the case shall be taken directly to the Arkansas Supreme Court or Court of Appeals as authorized by law.

You should communicate your consent by completing the Form -- CONSENT TO PROCEED BEFORE A STATE DISTRICT COURT JUDGE -- and return to the Circuit Clerk.

Circuit Clerk
Date: 03/16/2020

No. 60CV-20-1941 This summons is for VICKIE  SIEBENMORGEN (name of Defendant).

## PROOF OF SERVICE

❑ On _____ [date] I personally delivered the summons and complaint to the individual at _____ [place]; or

❑ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

❑ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

❑ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

❑ On _____ [date] at _____ [address], where the defendant maintains and office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or

❑ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

❑ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

❑ Other [specify]:
_____

❑ I was unable to execute service because:
_____
_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____          SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]


_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____          By: _____
[Signature of server]


_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____


_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## HON. ALICE S. GRAY - 12TH DIVISION 6TH CIRCUIT

ARTHUR CARSON V WOLFE STREET FOUNDATION ET AL

60CV-20-1941

### SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

 WOLFE STREET FOUNDATION
1015 S LOUISIANA ST
LITTLE ROCK, AR  72202

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

ARTHUR CARSON
10434 W 36TH ST
Little Rock, AR  72204

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:
•Notice of Right to Consent to Disposition of Case by a State District Court Judge

CLERK OF COURT

Address of Clerks Office

TERRI HOLLINGSWORTH, CIRCUIT CLERK
CIRCUIT COURT OF PULASKI COUNTY
401 W. MARKHAM
LITTLE ROCK, AR  72201

*Timothy S. Bryant*

TIMOTHY BRYANT, DC

Date: 03/16/2020

## NOTICE OF RIGHT TO CONSENT
## TO DISPOSITION OF CASE BY A STATE DISTRICT COURT JUDGE

In accordance with Administrative Order Number 18, you are hereby notified that upon the consent of all the parties in a case, a State District Court Judge may be authorized to conduct all proceedings, including trial of the case and entry of a final judgment. Copies of appropriate consent forms are available from the Circuit Clerk.

You should be aware that your decision to consent or not to consent to the disposition of your case before a State District Court Judge is entirely voluntary, and by consenting to the reference of this matter to a State District Court Judge, the parties waive their right to a jury trial, and any appeal in the case shall be taken directly to the Arkansas Supreme Court or Court of Appeals as authorized by law.

You should communicate your consent by completing the Form -- CONSENT TO PROCEED BEFORE A STATE DISTRICT COURT JUDGE -- and return to the Circuit Clerk.

Circuit Clerk
Date: 03/16/2020

No. 60CV-20-1941 This summons is for   WOLFE STREET FOUNDATION (name of Defendant).

## PROOF OF SERVICE

❑ On _____ [date] I personally delivered the summons and complaint to the individual at _____ [place]; or

❑ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

❑ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

❑ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

❑ On _____ [date] at _____ [address], where the defendant maintains and office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____

[name and job description]; or

❑ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

❑ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

❑ Other [specify]:

_____

❑ I was unable to execute service because:

_____
_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____          SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____          By: _____
[Signature of server]

_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2020-Mar-24  14:44:01
60CV-20-1941
C06D12 : 10 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY
## CIVIL DIVISION

**ARTHUR CARSON**                                                                     **PLAINTIFF**

**VS.**

### CASE NO. 60CV-20-1941

**WOLFE STREET FOUNDATION,**
**VICKIE SIEBENMORGEN, JAMES**
**BOILING**                                                                           **DEFENDANTS**

### ANSWER TO PLAINTIFF'S COMPLAINT WITH JURY DEMAND

Come Defendants, Wolfe Street Foundation, Inc. (incorrectly named Wolfe Street Foundation), Vickie Siebenmorgen, and James Bowling (incorrectly named James Boiling), by and through their counsel, Barber Law Firm PLLC, and for their Answer to Plaintiff's Complaint, doe hereby state:

### I.      PARTIES

1.      Defendants are without sufficient information to allow them to admit or deny the allegations contained in paragraph no. 1 of Plaintiff's Complaint, therefore, said allegations are denied.

2.      The allegations in paragraph no. 2 of the Plaintiff's Complaint do not allege or imply anything.  To the extent the allegations contained in paragraph no. 2 allege or imply any wrongdoing as a basis upon which this lawsuit may be founded, those allegations are denied.

3.      The allegations in paragraph no. 3 of the Plaintiff's Complaint do not allege or imply anything.  To the extent the allegations contained in paragraph no. 3 allege or imply any wrongdoing as a basis upon which this lawsuit may be founded, those allegations are denied.

4.     The allegations in paragraph no. 4 of the Plaintiff's Complaint do not allege or imply anything.  To the extent the allegations contained in paragraph no. 4 allege or imply any wrongdoing as a basis upon which this lawsuit may be founded, those allegations are denied.

## II.     JURISDICTION

5.     Defendants admit only that Plaintiff attempts to invoke jurisdiction of this Court pursuant to Ark. Code Ann. §11-8-103, Ark. Code Ann. §11-64-122, Ark. Code Ann. §11-5-115, Ark. Code Ann. §16-123-107, 42 U.S.C. §1983, 29 U.S.C. §654, and 29 U.S.C. §203. Defendants deny any allegation or implication that any of the aforementioned statutes confer jurisdiction within this Court.

## III.     STATEMENT OF THE CLAIMS

6.     Defendants deny the allegations contained in paragraph no III(A) of Plaintiff's Complaint.

7.     Defendants deny the allegations contained in paragraph no III(B) of Plaintiff's Complaint.

8.     Defendants deny the allegations contained in paragraph no III(C) of Plaintiff's Complaint.

9.     Defendants deny the allegations contained in paragraph no III(D) of Plaintiff's Complaint.

10.     Defendants deny the allegations contained in paragraph no III(E) of Plaintiff's Complaint.

11.     Defendants deny the allegations contained in paragraph no III(F) of Plaintiff's Complaint.

12.    Defendants deny the allegations contained in paragraph no III(G) of Plaintiff's Complaint.

13.    Defendants deny the allegations contained in paragraph no III(H) of Plaintiff's Complaint.

## IV.    STATEMENT OF FACTS

14.    Defendants admit only that on or about February 19, 2020, Plaintiff was an employee of Wolfe Street Foundation, Inc.  To the extent any of the remaining allegations with paragraph IV(1) allege or imply any wrongdoing on behalf of Defendants, those allegations are denied.   Specifically, Defendants deny that they failed to take reasonable steps to prevent workplace violence.    Defendants specifically deny Plaintiff warned anyone regarding Dominique Sinclair's actions.   All remaining allegations are denied.

15.    Defendants deny the allegations in paragraph IV(2) of Plaintiff's Complaint. Witness testimony shows that Plaintiff was the aggressor in the altercation with Dominique Sinclair.

16.    Defendants deny the allegations in paragraph IV(3) of Statement of Facts of Plaintiff's Complaint.

17.    Defendants deny the allegations in paragraph IV(4) of Statement of Facts, and all sub-paragraphs, of Plaintiff's Complaint.

18.    Defendants deny the allegations in paragraph IV(5) of Statement of Facts of Plaintiff's Complaint.

## PRAYER

19.    Defendants deny that Plaintiff is entitled to any relief sought in his paragraph entitled "PRAYER".

20.     All allegations not specifically admitted herein are denied.

## JURY DEMAND

21.     Defendants join Plaintiff's demand for a jury trial for all questions of fact.

## AFFIRMATIVE DEFENSES

1.      Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2.      Defendants have had no opportunity to conduct discovery and a limited opportunity to investigate this matter.  Therefore, defendants affirmatively plead the following defenses:

a.      lack of jurisdiction over the subject matter;

b.      lack of jurisdiction over the person;

c.      improper venue;

d.      insufficiency of process;

e.      insufficiency of service of process;

f.      failure to state facts upon which relief may be granted;

g.      failure to join a party under Rule 19; and

h.      pendency of another action between the same parties arising out of the same transaction or occurrence.

3.      Plaintiff's claims are barred to the extent they seek damages beyond the applicable statutes of limitations.

4.      In addition to the affirmative defenses pled elsewhere, these defendants affirmatively plead the following:

    a.     comparative fault;

    b.     duress;

    c.     estoppel;

    d.     exclusiveness of remedy under workman's compensation law;

    e.     failure of consideration;

    f.     fraud;

    g.     illegality;

    h.     laches;

    i.     license;

    j.     payment;

    k.     release;

    l.     res judicata;

    m.     set-off;

    n.     statute of fraud;

    o.     statute of limitations;

    p.     waiver; and

    q.     "unclean hands".

5.     Plaintiff lacks standing regarding various claims he makes in this action. Plaintiff has failed to exhaust his administrative remedies as to several claims.

6.     Defendants affirmatively plead the adverse action, if any, taken action against Plaintiff was taken because of factors unrelated to any alleged complaints.

7.     Defendants affirmatively plead that Plaintiff has failed to mitigate his alleged damages.

8.     Defendants affirmatively plead that any and all employment related decisions concerning Plaintiff, if any, were based upon legitimate non-discriminatory factors, were done in good faith, and were done with reasonable cause.

9.     Defendants affirmatively state that they acted in good faith at all times.

10.     Defendants affirmatively state that Plaintiff's Complaint fails to state a claim for punitive damages upon which relief can be granted, therefore, any claim for punitive damages should be dismissed.

11.     Defendants plead that, to the extent Plaintiff's action seeks punitive damages, any such relief would place an unreasonable burden on interstate commerce and would violate Defendants' right to protection from excessive fines, it right to substantive due process, and all other rights under the Constitutions of the United States and Arkansas.

12.     Plaintiff's Complaint fails, in whole or in part, because Defendants acted in good faith and with proper motive.  Defendants' conduct with respect to Plaintiff was based on legitimate, non-discriminatory business reasons, and was not based on any discriminatory animus and was not in violation of any statute, law, regulation or ordinance.

13.     Plaintiff's claims may be barred by the doctrine of after-acquired evidence.

14.     In order to preserve affirmative defenses pending completion of discovery, Defendant alleges that Plaintiff's claims are barred, in whole or in part, by the operation of the doctrines of waiver, unclean hands, laches, equitable estoppel, mistake, ratification, acquiescence, accord and satisfaction, settlement, consent, and/or agreement.

15.     Pursuant to 29 CFR §778.114(a) and any other applicable laws or legal principles, the fluctuating work week method for calculating Plaintiff's alleged damages may apply to Plaintiff's claims for damages.

16.     Plaintiff's claims are barred because Plaintiff has been paid all wages due to him under Federal and State law.

17.     The activities for which Plaintiff was allegedly not compensated, if any, involved only insubstantial and insignificant periods of time, are *de minimis*, and are not compensable under the FMLA and/or AMWA, or any other applicable law or regulation.

18.     Plaintiff's claims are barred to the extent they seek damages beyond the applicable statutes of limitations.

19.     To the extent Plaintiff is entitled to damages, Defendant is entitled to a credit or set-off against amounts paid to Plaintiff during the course of his employment.

20.     Defendant affirmatively pleads that Plaintiff's state law claims are preempted to the extent they conflict with any and all applicable Federal laws, including but not limited to, the FLSA.

21.     Plaintiff's causes of action are barred to the extent they seek injunctive, declaratory and/or other equitable relief, because Plaintiff lacks standing under the FLSA and/or the AMWA and other applicable laws to seek such relief.

22.     Plaintiff's claims are barred by the provisions of §4 of the Portal-to-Portal Act, 29 U.S.C. §254, as to all hours during which plaintiff was engaged in activities that were preliminary or postliminary to their principal activities.

23.     Plaintiff's claims for liquidated damages is barred, in whole or in part, under §11 of the Portal-to-Portal Act, 29 U.S.C. §260.

24.     Plaintiff's claims, in whole or in part, are barred by the provisions of §10 of the Portal-to-Portal Act, 29 U.S.C. §259.

25.     Defendant affirmatively pleads lack of constructive or actual knowledge of hours worked and lack of acting pursuant to a uniform plan.

26.     Defendants are not state actors to whom liability may attach under 42 U.S.C. § 1983. *Ams. United for Separation of Church & State v. Prison Fellowship Ministries*, Inc., 509 F.3d 406 (8th Cir. 2007).

27.     Defendants deny that any constitutional violation occurred.

28.     Defendants deny that any constitutional violation occurred as a result of any policy, practice or custom of Defendants.

29.     Defendants assert all doctrines of immunity under the law, including, but not limited to, good faith, absolute, tort and statutory immunity.

30.     Defendants have conducted complete, thorough and meaningful investigations of all allegations of Plaintiff, including the allegations that are the subject of this Complaint. Defendants' actions in this regard were objectively reasonable, and Defendants are entitled to qualified immunity in his/her individual capacity.

31.     Defendants assert as affirmative defenses the existence of probable cause and reasonable suspicion, res judicata and collateral estoppel, the doctrine of *Heck v. Humphrey*, and the *Rooker-Feldman* doctrine.

32.     Defendants, to the extent sued in his/her individual capacity, affirmatively plead statutory, qualified and good faith immunities, and would show the Court that any and all actions taken were based upon probable cause and reasonable cause, were those of objectively reasonable perons, and were in accordance with the provisions of statutes and common law of the United States of America and the State of Arkansas.

33.     Defendants reserve the right to assert additional affirmative or other defenses in the event investigation and discovery indicate additional affirmative or other defenses are appropriate.

WHEREFORE, having fully answered, Defendants, Wolfe Street Foundation, Inc., Vickie Seibenmorgren, and James Bowling, pray that Plaintiff's Complaint be dismissed, and for all other just and proper relief to which they may be entitled.

Respectfully submitted,

/s/  S. Brent Wakefield      AR BIN 99144
BARBER LAW FIRM PLLC
Attorneys for Defendants
3400 Simmons Tower
425 West Capitol Avenue
Little Rock, AR  72201-3414
(501) 372-6175
E-Mail:  brent.wakefield@barberlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Arthur Carson
10434 W 36th Street #10-B
Little Rock, AR  72204
artcarson67@gmail.com

   /s/ S. Brent Wakefield
S. Brent Wakefield

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2020-Mar-25 11:49:40
60CV-20-1941
C06D12 : 5 Pages

No. 60CV-20-1941 This summons is for VICKIE  SIEBENMORGEN (name of Defendant)

## PROOF OF SERVICE

☒ On _3 -20 -20_ [date] I personally delivered the summons and complaint to the individual
at _1015 S Louisiana St  CR At 72202_ [place]; or

❑ After making my purpose to deliver the summons and complaint clear, on _____
[date] I left the summons and complaint in the close proximity of the defendant by
_____ [describe how the
summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

❑ On _____ [date] I left the summons and complaint with _____, a
member of the defendant's family at least 18 years of age, at _____
[address], a place where the defendant resides; or

❑ On _____ [date] I delivered the summons and complaint to _____
[name of individual], an agent authorized by appointment or by law to receive service of summons on
behalf of _____ [name of defendant]; or

❑ On _____ [date] at _____ [address], where the
defendant maintains and office or other fixed location for the conduct of business, during normal
working hours I left the summons and complaint with
_____

[name and job description]; or

❑ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons
and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as
shown by the attached signed return receipt.

❑ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the
summons and complaint by first-class mail to the defendant together with two copies of a notice and
acknowledgment and received the attached notice and acknowledgment form within twenty days after
the date of mailing.

❑ Other [specify]:
_____

❑ I was unable to execute service because:
_____
_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _3-20-20_

SHERIFF OF _____ COUNTY, ARKANSAS

**SHERIFF ERIC S. HIGGINS**

By: _____

[Signature of server]

_Ray Littefield DEPUTY 438*_

[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____

[Signature of server]

_____

[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____

Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____



## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## HON. ALICE S. GRAY - 12TH DIVISION 6TH CIRCUIT

<u>ARTHUR CARSON V WOLFE STREET FOUNDATION ET AL</u>

60CV-20-1941

### SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**



VICKIE  SIEBENMORGEN
1015 S LOUISIANA ST
LITTLE ROCK, AR 72202

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

ARTHUR CARSON
10434 W 36TH ST
Little Rock, AR  72204

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:
•Notice of Right to Consent to Disposition of Case by a State District Court Judge

CLERK OF COURT

Address of Clerks Office

TERRI HOLLINGSWORTH, CIRCUIT CLERK
CIRCUIT COURT OF PULASKI COUNTY
401 W. MARKHAM
LITTLE ROCK, AR  72201

TIMOTHY BRYANT, DC

Date: 03/16/2020

## NOTICE OF RIGHT TO CONSENT
## TO DISPOSITION OF CASE BY A STATE DISTRICT COURT JUDGE

In accordance with Administrative Order Number 18, you are hereby notified that upon the consent of all the parties in a case, a State District Court Judge may be authorized to conduct all proceedings, including trial of the case and entry of a final judgment. Copies of appropriate consent forms are available from the Circuit Clerk.

You should be aware that your decision to consent or not to consent to the disposition of your case before a State District Court Judge is entirely voluntary, and by consenting to the reference of this matter to a State District Court Judge, the parties waive their right to a jury trial, and any appeal in the case shall be taken directly to the Arkansas Supreme Court or Court of Appeals as authorized by law.

You should communicate your consent by completing the Form -- CONSENT TO PROCEED BEFORE A STATE DISTRICT COURT JUDGE -- and return to the Circuit Clerk.

Circuit Clerk
Date: 03/16/2020

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2020-Mar-10  10:30:22
60CV-20-1941
C06D12 : 1 Page

IN THE _Circuit_ COURT OF _Pulaski_ COUNTY, ARKANSAS

IN RE PETITION OF _Arthur Carson_
TO PROCEED IN FORMA PAUPERIS

CASE NO. _60CV-20-1941_

### ORDER GRANTING LEAVE TO PROCEED _IN FORMA PAUPERIS_

On this day comes on to be heard the petition of _Arthur Carson_, that he/she

be permitted to prosecute the above action _In Forma Pauperis._ The Court being satisfied of the

truth of the facts alleged and good cause appearing thereto, IT IS HEREBY ORDERED:

1.    That Plaintiff, _Arthur Carson_, be authorized and permitted to proceed

in the above-captioned cause, _In Forma Pauperis._

2.    That the Clerk of the Court shall receive and file any necessary forms or pleadings

incident to petitioner's action without requiring the payment of fees or costs.

3.    That the sheriffs of the counties of the State of Arkansas shall serve writs or

processes incident to petitioner's action without requiring the payment of fees or costs.

IT IS SO ORDERED.

_Olin A. Gray_

Judge

_3/9/20_

Date

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2020-Mar-25 11:49:40
C06D12 : 5 Pages

No. 60CV-20-1941 This summons is for  WOLFE STREET FOUNDATION (name of Defendant)

# PROOF OF SERVICE

❏ On _____ [date] I personally delivered the summons and complaint to the individual at _____ [place]; or

❏ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

❏ On _3-20-20_ [date] I left the summons and complaint with _Vickie Siebenmorlen,_ a member of the defendant's family at least 18 years of age, at _705_ [address], a place where the defendant resides; or

❏ On _3-20-20_ [date] I delivered the summons and complaint to _Vickie Siebenmorlan_ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _Wolfe St. Foundation_ [name of defendant]; or

❏ On _____ [date] at _____ [address], where the defendant maintains and office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with

_____

[name and job description]; or

❏ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

❏ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

❏ Other [specify]:

_____

❏ I was unable to execute service because:

_____
_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date:  3 - 20 - 20

SHERIFF OF ERIC S. COUNTY ARKANSAS
**SHERIFF ERIC S. HIGGINS**

By:
[Signature of server]

*Ruy Wheeler Deputy 4389*
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____
[Signature of server]

_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## HON. ALICE S. GRAY - 12TH DIVISION 6TH CIRCUIT

<u>ARTHUR CARSON V WOLFE STREET FOUNDATION ET AL</u>

60CV-20-1941

### SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

WOLFE STREET FOUNDATION
1015 S LOUISIANA ST
LITTLE ROCK, AR 72202

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

ARTHUR CARSON
10434 W 36TH ST
Little Rock, AR 72204

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:
•Notice of Right to Consent to Disposition of Case by a State District Court Judge

CLERK OF COURT

Address of Clerks Office

TERRI HOLLINGSWORTH, CIRCUIT CLERK
CIRCUIT COURT OF PULASKI COUNTY
401 W. MARKHAM
LITTLE ROCK, AR 72201

TIMOTHY BRYANT, DC

Date: 03/16/2020

## NOTICE OF RIGHT TO CONSENT
## TO DISPOSITION OF CASE BY A STATE DISTRICT COURT JUDGE

In accordance with Administrative Order Number 18, you are hereby notified that upon the consent of all the parties in a case, a State District Court Judge may be authorized to conduct all proceedings, including trial of the case and entry of a final judgment. Copies of appropriate consent forms are available from the Circuit Clerk.

You should be aware that your decision to consent or not to consent to the disposition of your case before a State District Court Judge is entirely voluntary, and by consenting to the reference of this matter to a State District Court Judge, the parties waive their right to a jury trial, and any appeal in the case shall be taken directly to the Arkansas Supreme Court or Court of Appeals as authorized by law.

You should communicate your consent by completing the Form -- CONSENT TO PROCEED BEFORE A STATE DISTRICT COURT JUDGE -- and return to the Circuit Clerk.

Circuit Clerk
Date: 03/16/2020

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2020-Mar-10 10:30:22
60CV-20-1941
C06D12 : 1 Page

IN THE _Circuit_ COURT OF _Pulaski_ COUNTY, ARKANSAS

IN RE PETITION OF _Arthur Carson_
TO PROCEED IN FORMA PAUPERIS

CASE NO. _60CV-20-1941_

## ORDER GRANTING LEAVE TO PROCEED _IN FORMA PAUPERIS_

On this day comes on to be heard the petition of _Arthur Carson_, that he/she

be permitted to prosecute the above action _In Forma Pauperis_. The Court being satisfied of the

truth of the facts alleged and good cause appearing thereto, IT IS HEREBY ORDERED:

1. That Plaintiff, _Arthur Carson_, be authorized and permitted to proceed

in the above-captioned cause, _In Forma Pauperis_.

2. That the Clerk of the Court shall receive and file any necessary forms or pleadings

incident to petitioner's action without requiring the payment of fees or costs.

3. That the sheriffs of the counties of the State of Arkansas shall serve writs or

processes incident to petitioner's action without requiring the payment of fees or costs.

IT IS SO ORDERED.

_____
Judge

3/9/20
_____
Date

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2020-Mar-25  11:49:40
60CV-20-1941
C06D12 : 5 Pages

No. 60CV-20-1941 This summons is for JAMES  BOILING (name of Defendant).

## PROOF OF SERVICE

☒ On  3 - 20 - 20 _____ [date] I personally delivered the summons and complaint to the individual at _10/5 S Louisiana LR, AR 72202_____ [place]; or

❑ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

❑ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

❑ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

❑ On _____ [date] at _____ [address], where the defendant maintains and office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with

_____
[name and job description]; or

❑ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

❑ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

❑ Other [specify]:

_____

❑ I was unable to execute service because:

_____
_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _3-20-20_          SHERIFF OF _____ COUNTY, ARKANSAS
                         **SHERIFF ERIC S. HIGGINS**
                         By: _____
                         [Signature of server]

                         _Rick Wheeler Deputy 4387_
                         [Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____    By: _____
                         [Signature of server]

                         _____
                         [Printed name]

Address: _____
         _____

Phone: _____

Subscribed and sworn to before me this date: _____

                         _____
                         Notary Public

My commission expires: _____

Additional information regarding service or attempted service:
_____
_____

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## HON. ALICE S. GRAY - 12TH DIVISION 6TH CIRCUIT

ARTHUR CARSON V WOLFE STREET FOUNDATION ET AL

60CV-20-1941

### SUMMONS



**THE STATE OF ARKANSAS TO DEFENDANT:**

JAMES  BOILING
1015 S LOUISIANA ST
LITTLE ROCK, AR  72202

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

ARTHUR CARSON
10434 W 36TH ST
Little Rock, AR  72204

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:
•Notice of Right to Consent to Disposition of Case by a State District Court Judge

CLERK OF COURT

Address of Clerks Office

TERRI HOLLINGSWORTH, CIRCUIT CLERK
CIRCUIT COURT OF PULASKI COUNTY
401 W. MARKHAM
LITTLE ROCK, AR  72201

TIMOTHY BRYANT, DC

Date: 03/16/2020

## NOTICE OF RIGHT TO CONSENT
## TO DISPOSITION OF CASE BY A STATE DISTRICT COURT JUDGE

In accordance with Administrative Order Number 18, you are hereby notified that upon the consent of all the parties in a case, a State District Court Judge may be authorized to conduct all proceedings, including trial of the case and entry of a final judgment. Copies of appropriate consent forms are available from the Circuit Clerk.

You should be aware that your decision to consent or not to consent to the disposition of your case before a State District Court Judge is entirely voluntary, and by consenting to the reference of this matter to a State District Court Judge, the parties waive their right to a jury trial, and any appeal in the case shall be taken directly to the Arkansas Supreme Court or Court of Appeals as authorized by law.

You should communicate your consent by completing the Form -- CONSENT TO PROCEED BEFORE A STATE DISTRICT COURT JUDGE -- and return to the Circuit Clerk.

Circuit Clerk
Date: 03/16/2020

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2020-Mar-10 10:30:22
60CV-20-1941
C06D12 : 1 Page

IN THE _Circuit_ COURT OF _Pulaski_ COUNTY, ARKANSAS

IN RE PETITION OF _Arthur Carson_
TO PROCEED IN FORMA PAUPERIS

CASE NO. _60CV-20-1941_

### ORDER GRANTING LEAVE TO PROCEED _IN FORMA PAUPERIS_

On this day comes on to be heard the petition of _Arthur Carson_, that he/she

be permitted to prosecute the above action _In Forma Pauperis_. The Court being satisfied of the

truth of the facts alleged and good cause appearing thereto, IT IS HEREBY ORDERED:

1.     That Plaintiff, _Arthur Carson_, be authorized and permitted to proceed

in the above-captioned cause, _In Forma Pauperis_.

2.     That the Clerk of the Court shall receive and file any necessary forms or pleadings

incident to petitioner's action without requiring the payment of fees or costs.

3.     That the sheriffs of the counties of the State of Arkansas shall serve writs or

processes incident to petitioner's action without requiring the payment of fees or costs.

IT IS SO ORDERED.

_____
Judge

_3/9/20_
_____
Date