Case 4:20-cv-00343-DPM Document 2 Filed 03/27/20 Page 1 of 16

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2020-Mar-10 10:31:59
60CV-20-1941
C06D12 : 16 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
_____, DIVISION

ARTHUR CARSON, PLAINTIFF.,

V.

WOLFE STREET FOUNDATION, DEFENDANT.,
VICKIE SIEBENMORGEN, DEFENDANT,
JAMES BOILING, DEFENDANT.,

COMPLAINT WITH JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now the Plaintiff, Arthur Carson, and would Like to Show the following:

I. PARTIES:

1). PLAINTIFF, ARTHUR CARSON, 10434 W. 36th Street, Little Rock, AR 72204;

2). WOLFE STREET FOUNDATION, (Registered Agent, Joy Reynolds, 1015 S. Louisiana Street, Little Rock, AR 72202;

(1)

3). Vickie Siebenmorgen, Executive Director- 1015 S. Louisiana Street, Little Rock, AR 72202;

4). James Boiling, (Acting Manager), 1015 S. Louisiana Street, Little Rock, AR 72202.

## II.   JURISDICTION:

This Court has Jurisdiction, pursuant to; A.C.A. Sec. 11-8-103, "Corporate Liability",

A.C.A. Sec.11-64-122, "Negligence", Sec. 11-5-115, "Workplace Prevention ", Arkansas-

Civil Rights Statue,"; Sec. 16-123-107, Plaintiff Invoke the General Jurisdiction of This

Court, 42 USC 1983, 29 USC 654 "Legal Obligation to Maintain a Safe Work

Environment", 29 USC 203, "Fair Labor Standard Act".

## III. STATEMENT OF THE CLAIMS:

(A). The Defendant's, Wolfe Street Foundation, and Executive Director, Vickie-

Siebenmorgen, Have Carelessly, and Negligently failed to Ban Violent and disruptive

Attendees of Wolf Street Permanently;

(B). Discriminatorily Dispensing Health and Life Insurance, while Highly Compensated

Staff receive Full Benefits, including 401k;

( C ). The Defendants failed to Prosecute Attendees who Violate The Law;

(D). The Defendants have Fostered a Violent Workplace Atmosphere;

(E). The Defendant's failure to Act On Workplace Threats of Violence, Harassment,

Or intimidation, are the proximate cause of Carson's injuries.

(2)

(F). The Defendants failed to have Visitors to Wolf Street Register prior to entering

The Building or Establishing a method to determine who is in the Building;

(G). The Defendant's failed to Require all meeting Chairperson and Sponsor

Expel its trouble-makers;

(H). The Defendants concealed the Active Shooter Manual from Carson, and

Failed to provide any Training in the area.

## IV. STATEMENT OF FACTS:

1). Plaintiff, " Carson" was An Employee of Wolfe Street Foundation, "WSF".

On 2/19/2020, While Working as the Building Monitor, which duties included being

On the front line, to ensure Safety in the Building. Carson would inform His Superiors,

James Boiling, and Vickie Siebenmorgen of any perceived problems or potential

Attendees from Loiters.

The Defendants at all times failed to take reasonable steps to prevent Workplace

Violence, even when warned by Carson, specifically that of February 18, 2020.

Carson, gave Vickie Siebenmorgen, James Boiling, a Memo that warned of

Dominique Sinclair's attempt to hide inside the Building while Carson were

Locking for the Night. No action were taken, even thought this individual had

A history of illegally entering the Building for housing.

2). On February 19, 2020, @ 7:45 P.M., while viewing the Security Monitor,

Carson noticed an individual run inside the Building, upstairs. Carson went to observe,

And informed Him that if He pulled another stunt like attempting to hide in the Building, Dominique became angry and mumble something, ran outside, where Carson went back Inside to watch His activities through the Security Monitor. He was observed getting an Object from the mailbox, and rushed to the Bookstore, and caused the doubled glass Doors nearly to break, Carson unlocked the door, where Dominique rushed inside, Causing the door to strike Carson and snapped His Head Back, causing His Neck and Spinal issues. Carson swung back at Dominique in a defensive manner, before being Grabbed by two guys and a lady, where during their attempts to subdue Him, Dominique Kicked one of the guys in the head,(Luke), and tried to Kick the lady, in which Carson Was on the Phone with the 911 operator. Dominique subsequently left the scene before Police arrive, where a Warrant for His Arrest was issued.

3). The Assailant, Dominique Sinclair had a long history with WSF prior to His Assault On Carson, yet no action was taken to ban His coming to the WSF.

The Night of Carson's altercation with Dominique, Carson called James Boiling Phone Twice to inform Him what had occured, He refused to answer His phone. Even the Morning After, calls went to His Voicemail. Carson text James Boiling to ask about His Medical Expenses He would incur, where James Boiling and Vickie Siebenmorgen has refused to Respond to anything relating to Insurance or payment for Carson's injuries.

(4)

All White Staff Members of WSF are given Insurance benefits, yet Carson, the lone African-American Staff Members were Discriminatorily deprived by Defendants.

4). The Defendant's abdicated its (1) duty of care to Carson, (2) Defendant Breached their Duty, (3) there exist an actual causal connection between the Defendant's conduct and Resulting harm to Carson, (4) Defendant's inactions are the proximate cause of Carson Injury, which were foreseeable, and (5) damages resulting from Defendant's indifference to His safety, where " On February 10, 2020, "Cassie", A meeting attendee of N/A Meetings were into an Argument with another attendee, however, Cassie hide a six inch Knife in the Women's Restroom, where it was axiomatic Her intent, She was allowed to Attend the evening meeting of AA.

5). On February 14, 2020, Carson was approached by "Micheal Dennis", a Chairperson For the AA Meetings, where He and five other AA Members approached Carson to taunt, Where Michael Dennis told the other lets get Him and Take into the kitchen area [ sic]. This was done so because they could not get into their meeting room early. When Carson Informed His Supervisor, James Boling, He said "Well I know Michael Dennis", just over-Look, at the harassment.

The Defendant's "Open Violence Workplace Position" , while refusing to take any action to Circumvent threats, harassment, or taunting affirmed the Violent atmosphere, and fostered WSF Violent Workplace environment, resulting in Carson suffering a neck and spinal injury.

(5)

PRAYER:

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF PRAY THAT, Declaratory And Injunctive Action are taken to Implement a Workplace Violence Policy; Compensatory, Punitive, Damages, Trial By Jury; All other equitable relief This Court deem Equitable.

RESPECTFULLY SUBMITTED,

*[signature]*

Arthur Carson
10434 W. 36th Street #10-B
Little Rock, AR 72204
(artcarson67@gmail.Com)

I, Arthur Carson, states the foregoing claims are true and correct to the best of My knowledge, Pursuant to the Penalties of perjury, 28 USC 1746.

I swear the foregoing statements are true and correct.
*[signature]*. Dated this 4th day of March, 2020.
Arthur Carson
In Propria Persona

(6)

Exhibit # 1





...altercation because this ... never banned. ..., I have no insurance ... WSF, I am on the ...line and deserve ...better. Who would pay ...my injury? Will let you know the results. But something has to change.

:r mes...

# 2



2/19/2020 nite abtisincident    A

Exhibit #3

# LITTLE ROCK POLICE DEPARTMENT INCIDENT REPORT

| ☐ JUVENILE INFORMATION | | **INCIDENT** | | Report generated: 2/20/2020 4:45 AM | |
|---|---|---|---|---|---|
| **INCIDENT NUMBER** 2020-019834 | **UNIT ASSIGNED** 2X40 | **CALL DATE** 02/19/2020 | **CALL TIME** 20:05:00 | **TYPE OF CALL** ASLTJO | |
| **INCIDENT DATE** 2/19/2020 7:50:00 PM | | **LOCATION OF INCIDENT (ADDRESS / BUSINESS NAME)** 1015 S LOUISIANA ST | | | **DISTRICT** 40 |

## OFFENSE

**INCIDENT OFFENSE TYPE**
1. BATTERY 3RD DEGREE
2. ASSAULT 3RD DEGREE
3.
4.
5.
6.
7.
8.

**OFFENSE STATUS**
Attempted / Completed: 1 ☑ (completed), 2 ☑ (completed), 3 ☐, 4 ☐
Attempted / Completed: 5 ☐, 6 ☐, 7 ☐, 8 ☐

**SUSPECTS USED:**
- ☑ (A) Alcohol
- ☐ (D) Drugs
- ☐ (C) Computer Equip
- ☐ (N) Not Applicable / Unknown

**TYPE OF CRIMINAL ACTIVITY:**
- ☐ (B) Buying / Receiving
- ☐ (E) Exploiting Children
- ☐ (T) Transport / Transmit / Import
- ☐ (D) Distributing / Selling
- ☐ (C) Cultivate / Manufacture / Publish
- ☐ (O) Operating / Promoting / Assisting
- ☐ (U) Using / Consuming
- ☐ (P) Possessing / Concealing

**GANG RELATED INFO:**
- ☐ (J) Juvenile Gang
- ☐ (G) Other Gang
- ☑ (N) None / Unknown

**LOCATION CODE:**
- ☐ (01) Air / Bus / Train Terminal
- ☐ (02) Bank / Savings & Loan
- ☐ (03) Bar / Night Club
- ☐ (04) Church / Synagogue / Temple
- ☐ (05) Commercial / Office Building
- ☐ (06) Construction Site
- ☐ (07) Convenience Store
- ☐ (08) Department / Discount Store
- ☐ (09) Drug Store / DR Office / Hospital
- ☐ (10) Field / Woods
- ☐ (11) Government / Public Building
- ☐ (12) Grocery / Supermarket
- ☐ (13) Highway / Road / Alley
- ☐ (14) Hotel / Motel / Etc
- ☐ (15) Jail / Penitentiary
- ☐ (16) Lake / Waterway
- ☐ (17) Liquor Store
- ☐ (18) Parking Lot / Garage
- ☐ (19) Rental / Storage Facility
- ☐ (20) Residence / House
- ☐ (21) Restaurant
- ☐ (22) School / College
- ☐ (23) Service / Gas Station
- ☐ (24) Specialty Store (TV, Fur, Etc)
- ☐ (25) Other / Unknown
- ☐ (37) Abandoned/Condemned Structure
- ☐ (38) Amusement Park
- ☐ (39) Arena / Stadium / Fairgrounds
- ☐ (40) ATM Separate from Bank
- ☐ (41) Auto Dealership New / Used
- ☐ (42) Camp / Campground
- ☐ (44) Daycare Facility
- ☐ (45) Dock / Wharf / Freight Terminal
- ☐ (46) Farm Facility
- ☐ (47) Gambling / Casino / Racetrack
- ☐ (48) Industrial Site
- ☐ (49) Military Installation
- ☐ (50) Park / Playground
- ☐ (51) Rest Area
- ☐ (52) School - College / University
- ☐ (53) School - Elementary / Secondary
- ☑ (54) Shelter - Mission / Homeless
- ☐ (55) Shopping Mall
- ☐ (56) Tribal Lands
- ☐ (57) Community Center

**WEAPON FORCE:** (on 11-15, an "A" denotes Automatic or Semi-Automatic)
- ☐ (11) Firearm (Unknown)
- ☐ (12) Handgun
- ☐ (13) Rifle
- ☐ (14) Shotgun
- ☐ (15) Other Firearm
- ☐ (20) Knife / Cutting Instr (Axe, etc)
- ☐ (30) Blunt Object (Club, etc)
- ☐ (35) Motor Vehicle (as weapon)
- ☑ (40) Personal Weapons (hands, etc)
- ☐ (50) Poison
- ☐ (60) Explosives
- ☐ (65) Fire / Incendiary Device
- ☐ (70) Narcotics / Drugs / Sleeping Pills
- ☐ (85) Asphyxiation
- ☐ (90) Other
- ☐ (95) Unknown
- ☐ (99) None

**(FOR BURGLARY ONLY)**
NUMBER OF PREMISES ENTERED: ___
**METHOD OF ENTRY:** ☐ (F) Forcible  ☐ (N) No Force

**NARCAN USED:** ☐ Yes  ☑ No  ☐ Other

| ENTRY DATE 02/20/2020 02:02:50 | REPORTING OFFICER AGHOGHO ONIOVOS - 34305 | ORIGINAL APPROVING SUPERVISOR DERRICK THREADGILL - 27113 | ☑ MVR in use |
|---|---|---|---|

LRPD Form 5501-01 Rev. RMS-2019-01-23

Page 1 of 7

#4

| INCIDENT NUMBER 2020-019834 | ☐ JUVENILE INFORMATION | Report generated: 2/20/2020 4:45 AM |
|---|---|---|

# VICTIM

| VICTIM # | NAME (Last, First, Middle) or BUSINESS |
|---|---|
| 1 | **CARSON, ARTHUR** |

**ADDRESS:** 1015 S LOUISIANA ST  LITTLE ROCK AR 72202

| HOME PHONE: | WORK PHONE: 5015081090 | MOBILE PHONE: | OTHER PHONE: |
|---|---|---|---|

SEX: ☑ (M) Male   ☐ (F) Female   ☐ (U) Unk.
ETHNICITY: ☐ (H) Hispanic   ☑ (N) Non-Hispanic   ☐ (U) Unk.
RACE: ☐ (W) White   ☑ (B) Black   ☐ (I) American Indian   ☐ (A) Asian / Pacific Islander   ☐ (U) Unknown
DATE OF BIRTH: 04/04/1954

RES. STATUS: ☑ (R) Resident   ☐ (N) Nonresident   ☐ (U) Unknown
MENTALLY AFFLICTED? ☐ (Y) Yes   ☑ (N) No   ☐ (U) Unk.
OCCUPATION / EMPLOYER:

AGE:
Exact Age: 65
Range: ___ - ___
☐ (BB) 7-364 Days Old
☐ (NN) Under 24 Hrs. Old   ☐ (99) Over 98 Years Old
☐ (NB) 1-6 Days Old   ☐ (00) Unknown

NIC:
D.L. / ID No. (STATE)

RELATIONSHIP OF THIS VICTIM TO SUSPECTS
SUSPECT(S) VICTIM WAS: (by Suspect Number)
(SE) Spouse
(CS) Common-Law Spouse
(PA) Parent
(SB) Sibling
(CH) Child
(GP) Grandparents
(GC) Grandchild
(IL) Inlaw
(SP) Stepparent
(SC) Stepchild
(SS) Stepsibling
(OF) Other Family
(ST) Stranger
(AQ) Acquaintance — 1
(FR) Friend
(NE) Neighbor
(BE) Babysitter (baby)
(BG) Boy/Girl Friend
(CF) Child of BF / GF
(HR) Homosexual Rel.
(XS) Ex-Spouse
(EE) Employee
(ER) Employer
(OK) Otherwise Known
(RU) Relationship Unknown
(VO) Victim Was Suspect

THIS VICTIM RELATED TO WHICH OFFENSES?
☑ 1   ☑ 2   ☐ 3   ☐ 4   ☐ 5   ☐ 6   ☐ 7   ☐ 8

VICTIM TYPE: ☑ (I) Individual   ☐ (B) Business   ☐ (F) Financial Inst.   ☐ (U) Unknown   ☐ (G) Government   ☐ (R) Religious   ☐ (S) Society / Public   ☐ (O) Other

VICTIM INJURY:
☑ (N) None   ☐ (M) Apparent Minor Injury   ☐ (B) Apparent Broken Bones
☐ (I) Possible Internal Injury   ☐ (T) Loss of Teeth   ☐ (L) Severe Laceration
☐ (O) Other Major Injury   ☐ (U) Unconsciousness

AGGRAVATED ASSAULT / HOMICIDE:
☐ (01) Argument   ☐ (02) Assault on Law Enf Officer   ☐ (03) Drug Deal
☐ (04) Gangland   ☐ (05) Juvenile Gang   ☐ (06) Lover's Quarrel   ☐ (07) Mercy Killings
☐ (08) Other Felony Involved   ☐ (09) Other Circumstances   ☐ (10) Unknown Circumstances   ☐ (20) Criminal Killed by Private Citizen
☐ (21) Criminal Killed by Police Officer   ☐ (30) Child Playing w/ Weapon   ☐ (31) Gun-Cleaning Accident   ☐ (32) Hunting Accident
☐ (33) Other Negligent Weapon Handling   ☐ (34) Other Negligent Killings

CLOTHING DESCRIPTION
HAT _____  SHIRT _____  SHOES _____
COAT _____  PANTS/DRESS _____

| INCIDENT NUMBER 2020-019834 | ☐ JUVENILE INFORMATION | Report generated: 2/20/2020 4:45 AM |
|---|---|---|

# VICTIM

| VICTIM # | NAME (Last, First, Middle) or BUSINESS |
|---|---|
| 2 | **MAHOSKY, LUKE** |

**ADDRESS:** 1015 S LOUISIANA ST  LITTLE ROCK AR 72202

| HOME PHONE: 5016976111 | WORK PHONE: | MOBILE PHONE: | OTHER PHONE: |
|---|---|---|---|

| SEX: ☑(M) Male  ☐(F) Female  ☐(U) Unk. | ETHNICITY: ☐(H)Hispanic  ☑(N) Non-Hispanic  ☐(U) Unk. | RACE: ☑(W) White  ☐(B) Black  ☐(I) American Indian  ☐(A) Asian/Pacific Islander  ☐(U) Unknown | DATE OF BIRTH 12/19/1982 |
|---|---|---|---|

| RES. STATUS: ☑(R) Resident  ☐(N) Nonresident  ☐(U) Unknown | MENTALLY AFFLICTED? ☐(Y) Yes  ☑(N) No  ☐(U) Unk. | OCCUPATION / EMPLOYER: |
|---|---|---|

**AGE:** Exact Age: 37
Range: ___ - ___
☐ (BB) 7-364 Days Old
☐ (NN) Under 24 Hrs. Old    ☐ (99) Over 98 Years Old
☐ (NB) 1-6 Days Old    ☐ (00) Unknown

**NIC:**

**D.L. / ID No. (STATE)**

**RELATIONSHIP OF THIS VICTIM TO SUSPECTS**
SUSPECT(S) VICTIM WAS: (by Suspect Number)
- (SE) Spouse              (AQ) Acquaintance
- (CS) Common-Law Spouse    (FR) Friend
- (PA) Parent              (NE) Neighbor
- (SB) Sibling             (BE) Babysitter (baby)
- (CH) Child               (BG) Boy/Girl Friend
- (GP) Grandparents        (CF) Child of BF / GF
- (GC) Grandchild          (HR) Homosexual Rel.
- (IL) Inlaw               (XS) Ex-Spouse
- (SP) Stepparent          (EE) Employee
- (SC) Stepchild           (ER) Employer
- (SS) Stepsibling         (OK) Otherwise Known
- (OF) Other Family        (RU) Relationship Unknown
- (ST) Stranger            (VO) Victim Was Suspect

**THIS VICTIM RELATED TO WHICH OFFENSES?**
☑1  ☑2  ☐3  ☐4  ☐5  ☐6  ☐7  ☐8

**VICTIM TYPE:** ☑(I) Individual  ☐(B) Business  ☐(F) Financial Inst.  ☐(U) Unknown  ☐(G) Government  ☐(R) Religious  ☐(S) Society / Public  ☐(O) Other

**VICTIM INJURY:**
☐(N) None    ☐(M) Apparent Minor Injury    ☐(B) Apparent Broken Bones
☐(I) Possible Internal Injury    ☐(T) Loss of Teeth    ☐(L) Severe Laceration
☐(O) Other Major Injury    ☐(U) Unconsciousness

**AGGRAVATED ASSAULT / HOMICIDE:**
☐(01) Argument          ☐(02) Assault on Law Enf Officer    ☐(03) Drug Deal
☐(04) Gangland          ☐(05) Juvenile Gang                 ☐(06) Lover's Quarrel    ☐(07) Mercy Killings
☐(08) Other Felony Involved    ☐(09) Other Circumstances    ☐(10) Unknown Circumstances    ☐(20) Criminal Killed by Private Citizen
☐(21) Criminal Killed by Police Officer    ☐(30) Child Playing w/ Weapon    ☐(31) Gun-Cleaning Accident    ☐(32) Hunting Accident
☐(33) Other Negligent Weapon Handling    ☐(34) Other Negligent Killings

**CLOTHING DESCRIPTION**
HAT _____  SHIRT _____  SHOES _____
COAT _____  PANTS/DRESS _____

Page 3 of 7

| INCIDENT NUMBER 2020-019834 | ☐ JUVENILE INFORMATION | Report generated: 2/20/2020 4:45 AM |
|---|---|---|

## SUSPECT #1

| SUSPECT # | NAME (Last, First, Middle) | AKA: |
|---|---|---|
| 1 | **SINCLAIR, DOMINIQUE** | |

| ARRESTEE # | ADDRESS: |
|---|---|
| | 3919 W 13TH ST  LITTLE ROCK AR 72204 |

| HOME PHONE: | WORK PHONE: | MOBILE PHONE: | OTHER PHONE: |
|---|---|---|---|
| | | | |

| SEX: ☑(M) Male  ☐(F) Female  ☐(U) Unk. | ETHNICITY: ☐(H)Hispanic  ☑(N) Non-Hispanic  ☐(U) Unk. | RACE: ☐(W) White  ☑(B) Black  ☐(I) American Indian  ☐(A) Asian / Pacific Islander  ☐(U) Unknown | DATE OF BIRTH 02/09/1986 |
|---|---|---|---|

| RES. STATUS: ☑(R) Resident  ☐(N) Nonresident  ☐(U) Unknown | MENTALLY AFFLICTED? ☐(Y) Yes  ☑(N) No  ☐(U) Unk. | OCCUPATION / EMPLOYER: |
|---|---|---|

| AGE: Exact Age: 34  Range: -  ☐(99) Over 98 Years Old  ☐(00) Unknown | SUSPECTS ACTIONS RELATED TO: ☑V1 ☐V2 ☐V3 ☐V4 ☐V5 ☐V6 ☐V7 ☐V8  DISPOSITION OF JUVENILE: ☐(H) Handled within Department ☐(R) Referred outside Department | NIC: | HEIGHT: Ft ___ In ___ | WEAPONS AT ARREST: ☐(01) Unarmed  ☐(11) Firearm (Unk)  ☐(12) Handgun  ☐(13) Rifle  ☐(14) Shotgun  ☐(15) Other Firearm  ☐(16) Illegal Cutting Instrument  ☐(17) Club/Blackjack/Brass   (A-- automatic) |
|---|---|---|---|---|
| | | D.L. / ID No. (STATE) | WEIGHT: Lbs ___ | |

| THIS SUSPECT RELATES TO WHICH OFFENSES? ☑1 ☑2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 | ARREST TYPE: ☐(S) Summons / Cited  ☐(O) On View Arrest  ☐(T) Taken Into Custody |
|---|---|

| ARREST LOCATION: | ARREST DATE: |
|---|---|

CHARGE:  5-13-203    5-13-207

| ARRESTING OFFICERS | | | |
|---|---|---|---|
| OFFICER 1: _____ ☐MVR | OFFICER 5: _____ ☐MVR |
| OFFICER 2: _____ ☐MVR | OFFICER 6: _____ ☐MVR |
| OFFICER 3: _____ ☐MVR | OFFICER 7: _____ ☐MVR |
| OFFICER 4: _____ ☐MVR | OFFICER 8: _____ ☐MVR |

Suspect information continued on next page.

| INCIDENT NUMBER 2020-019834 | ☐ JUVENILE INFORMATION | Report generated: 2/20/2020 4:45 AM |

## SUSPECT #1

| SUSPECT # | NAME (Last, First, Middle) | AKA: |
|---|---|---|
| 1 | SINCLAIR, DOMINIQUE | |

**COMPLEXION:**
- ☐ (1) Light
- ☐ (2) Medium
- ☐ (3) Dark
- ☐ (4) Acne
- ☐ (5) Freckled
- ☐ (6) Ruddy
- ☐ (7) Other
- ☑ (8) Unknown

**HAIR LENGTH:**
- ☐ (1) Long
- ☐ (2) Medium
- ☐ (3) Short
- ☐ (4) Bald(ing)
- ☐ (5) Other
- ☑ (6) Unknown

**HAIR STYLE:**
- ☐ (01) Afro
- ☐ (02) Wavy
- ☐ (03) Straight
- ☐ (04) Curly
- ☐ (05) Braided
- ☐ (06) Ponytail
- ☐ (07) Military
- ☐ (08) Processed
- ☐ (09) Wig/Toupee
- ☐ (10) Other
- ☑ (11) Unknown

**BUILD:**
- ☐ (1) Light
- ☐ (2) Medium
- ☐ (3) Heavy
- ☐ (4) Muscular
- ☑ (5) Unknown

**HAIR COLOR:**
- ☐ (1) Black
- ☐ (2) Blonde
- ☐ (3) Brown
- ☐ (4) Grey
- ☐ (5) Red
- ☐ (6) Sandy
- ☐ (7) Other
- ☑ (8) Unknown

**EYE COLOR:**
- ☐ (1) Blue
- ☐ (2) Brown
- ☐ (3) Grey
- ☐ (4) Green
- ☐ (5) Hazel
- ☐ (6) Other
- ☑ (7) Unknown

**FACIAL HAIR:**
- ☐ (01) Clean Shaven
- ☐ (02) Unshaven
- ☐ (03) Full Beard
- ☐ (04) Must. (hvy)
- ☐ (05) Must. (thin)
- ☐ (06) Brows (hvy)
- ☐ (07) Brows (thin)
- ☐ (08) Side Burns
- ☐ (09) Goatee
- ☐ (10) Other
- ☑ (11) Unknown

**DEMEANOR:**
- ☐ (01) Angry
- ☐ (02) Apologetic
- ☐ (03) Calm
- ☐ (04) Irrational
- ☐ (05) Nervous
- ☐ (06) Polite
- ☐ (07) Professional
- ☐ (08) Stupor
- ☐ (09) Violent
- ☐ (10) Drunk / High
- ☐ (11) Other
- ☑ (12) Unknown

**SCAR / MARK:**
- ☐ (01) Head
- ☐ (02) Neck
- ☐ (03) Hand (rt)
- ☐ (04) Hand (lft)
- ☐ (05) Arm (rt)
- ☐ (06) Arm (lft)
- ☐ (07) Body
- ☐ (08) Leg (rt)
- ☐ (09) Leg (lft)
- ☐ (10) Other
- ☐ (11) None
- ☑ (12) Unknown

**TATTOO:**
- ☐ (1) Designs
- ☐ (2) Initials
- ☐ (3) Names
- ☐ (4) Pictures
- ☐ (5) Words
- ☐ (6) Numbers
- ☐ (7) Insignia
- ☐ (8) None
- ☑ (9) Unknown

**TATTOO LOC:**
- ☐ (01) Arm (lft)
- ☐ (02) Arm (rt)
- ☐ (03) Leg (lft)
- ☐ (04) Leg (rt)
- ☐ (05) Hand (lft)
- ☐ (06) Hand (rt)
- ☐ (07) Face
- ☐ (08) Neck
- ☐ (09) Finger(s)
- ☐ (10) Chest
- ☐ (11) Back

**CLOTHING DESCRIPTION:**
- HAT
- COAT
- SHIRT
- PANTS/DRESS
- SHOES

**ADDED DESCRIPTION:**

n/a

## NARRATIVE

CONTACT WAS MADE WITH MR. CARSON, WHO WORKS AT THE LOCATION. MR. CARSON ADVISED MR. SINCLAIR CAME BACK INTO THE BUSINESS AFTER BEING TOLD NOT TO RETURN. MR. CARSON STATED MR. SINCLAIR PUSH THE DOOR INSIDE THE BUSINESS, WHICH RESULTED IN MR. CARSON GETTING STRUCK IN THE FACE WITH THE DOOR. MR. MAHOSKY ADVISED HE GRABBED MR. SINCLAIR IN AN ATTEMPT TO RESTRAIN HIM. MR. MAHOSKY ADVISED HE TOOK MR. SINCLAIR TO THE GROUND. MR. MAHOSKY ADVISED HE LET MR. SINCLAIR GO. MR. MAHOSKY STATED MR. SINCLAIR KICKED HIM IN THE HEAD. I OBSERVED A HEMATOMA ON THE RIGHT SIDE OF MR. MAHOSKY'S FOREHEAD. MR. MAHOSKY ADVISED HE DID NOT NEED AN AMBULANCE AND DID NOT WANT TO PRESS CHARGES ON MR. SINCLAIR. I DID NOT OBSERVE ANY INJURES ON MR. CARSON'S FACE. MR. CARSON WAS GIVEN THE INCIDENT NUMBER TO THIS REPORT AND ADVISED SEEK WARRANTS. OFFICERS CIRCULATED THE AREA FOR MR. SINCLAIR WITH NEGATIVE RESULTS. MVR IN USE.

| INCIDENT NUMBER 2020-019834 | ☐ JUVENILE INFORMATION | Report generated: 2/20/2020 4:45 AM |
|---|---|---|

| ADDITIONAL HOMICIDE CIRCUMSTANCES | ☐ (C) Criminal attacked a civilian | ☐ (F) Criminal resisted arrest |
|---|---|---|
| ☐ (A) Criminal attacked police officer, that officer killed criminal | ☐ (D) Criminal attempted flight from a crime | ☐ (G) Unable to determine / not enough information |
| ☐ (B) Criminal attacked police officer, criminal killed by other officer | ☐ (E) Criminal killed in commission of a crime | |

RELATED CASE NUMBER(S)

| CAR JACKING? ☐ YES ☑ NO | DRIVE-BY? ☐ YES ☑ NO | GANG RELATED? ☐ YES ☑ NO |
|---|---|---|

**HATE/BIAS RELATIONSHIP:** ☑ (88) None ☐ YES, SEE BELOW

| RACIAL (Anti-) | RELIGIOUS (Anti-) | ETHNICITY / NATIONAL ORIGIN (Anti-) | SEXUAL (Anti-) |
|---|---|---|---|
| ☐ (11) White | ☐ (21) Jewish | ☐ (32) Hispanic | ☐ (41) Male Homosexual (Gay) |
| ☐ (12) Black | ☐ (22) Catholic | ☐ (33) Other Ethnicity | ☐ (42) Female Homosexual (Lesbian) |
| ☐ (13) American Indian / Alaskan Native | ☐ (23) Protestant | DISABILITY (Anti-) | ☐ (43) Homosexual (Gay and Lesbian) |
| | ☐ (24) Islamic (Muslim) | | ☐ (44) Heterosexual |
| ☐ (14) Asian / Pacific Islander | ☐ (25) Other Religion | ☐ (51) Physical Disability | ☐ (45) Bisexual |
| ☐ (15) Multi-Racial Group | ☐ (26) Multi-Religious Group | ☐ (52) Mental Disability | |
| | ☐ (27) Atheist/Agnostic | | |