IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION



ARTHUR CARSON, PLAINTIFF

V.                                CASE NO.4:20-CV-343 -DPM

WOLFE STREET FOUNDATION, ET AL, DEFENDANTS.

PLAINTIFF'S MOTION TO STRIKE ALL
DEFENDANTS PLEADING FOR SERVICE FAILURE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now the Plaintiff, Arthur Carson, and in accordance with Rules 5(c); 12(f),

Ark. Rules Of Civ. Proc., where Plaintiff would like to show the following:

1). The Defendant's have refused to provide copies of their pleadings via -

United States Mail, and instead by email. This method is burdensome for the

Plaintiff, since there exists a printing problem from Plaintiff's email.

2). Plaintiff have never consented to exclusive service by email, pursuant to

Rule 5(c), Ark. R.Civ. Proc. where Plaintiff have not been served the following;

Answer to amended complaint; Response to motion for leave; Response to motion

For Remand;Response to motion for sanction; corporate disclosure statement.

Without a consent from Plaintiff, Defendants have failed to properly serve Plaintiff,

See, Middleton V. Hempstead CNTY., # 4:18-cv-4112( W.D. Ark. August 21, 2019);

Sampson V. Schenck, NO. 8:07CV-155(N. Neb. March 20, 2013).

(1)

WHEREFORE, PLAINTIFF Request THis Court Order Defendants serve Copies of

Their pleadings By U.S. Mail. Alternatively, Strike all Pleadings filed herein.

*Arthur Carson*. Dated This 30th Day of Apri, 2020.
Arthur Carson
Pro se

## CERTIFICATE OF SERVICE:

I, Arthur Carson, certify that a Copy of the foregoing Motion to strike all Defendant's

Pleadings are hereby emailed & Mailed by U.S. Mail, postage prepaid this 30th day of

April, 2020.

I swear the foregoing statements are true and correct.

*Arthur Carson*.
Arthur Carson
10434 W. 36th Street NO.10-B
Little Rock, AR 72204

(2)