IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ARTHUR CARSON                                                                                  PLAINTIFF

V.                                       NO. 4:20-CV-343-DPM

WOLFE STREET
FOUNDATION, INC.,
VICKIE SIEBENMORGEN,
AND JAMES BOWLING                                                                     DEFENDANTS

## RESPONSE TO MOTION FOR SANCTIONS AND CROSS-MOTION FOR LEAVE TO SERVE PAPERS VIA EMAIL

Come Defendants, Wolfe Street Foundation, Inc. (incorrectly named Wolfe Street Foundation), Vickie Siebenmorgen, and James Bowling (incorrectly named James Boiling), by and through their counsel, Barber Law Firm PLLC, and for their Response to Plaintiff's Motion for Sanctions and Cross-Motion for Leave to Serve Papers on Plaintiff via Email, state:

1. Plaintiff's Motion for Sanctions, (Doc. 14), is frivolous and contains misrepresentations of fact. This is the second motion for sanctions filed by Plaintiff that has not complied with the provisions of Rule 11 of the Federal Rules of Civil Procedure and that was filed in bad faith. (Doc. 8).

2. The motion does not reference or evidence any attempt whatsoever to comply with Rule 11 of the Federal Rules of Civil Procedure. On this ground alone, the motion should be denied, and Plaintiff should be

ordered to pay Defendants' attorney's fees and costs incurred in responding to the motion.

3. Furthermore, after receiving Plaintiff's request for service by U.S. Mail on April 27, Defendants' discovery responses and all papers filed of record were mailed to Plaintiff on April 28 and April 29, respectively. *See* **Exhibit A**. Nonetheless, Plaintiff served the present motion on April 29. The motion contains misrepresentations to the Court and should be denied.

4. Defendants reserve the right to file a separate motion related to Plaintiff's *in forma pauperis* status, which Plaintiff continues to abuse.

5. In light of the national health emergency, Defendants now move for leave to serve all papers on Plaintiff via email. This Court has implemented and directed measures to "reduc[e] risk, while continuing to do the public's law business in the teeth of uncertainty." *See* Administrative Order No. 5, *In Re: Court Operations During the Covid-19 Pandemic* (April 17, 2020). "Slowing the transmission of the virus is essential. Public health officials have noted that social distancing is crucial to slowing transmission." *See* Administrative Order No. 2, *In Re: Court Operations During the Covid-19 Pandemic* (March 18, 2020).

6. Since this matter this matter was removed to this Court on March 27, 2020, (Doc. 1), Plaintiff has filed several motions, an amended pleading, and other papers. (Docs. 4, 6, 7, 8).

7. To date, Plaintiff repeatedly used his email account (artcarson67@gmail.com) to communicate with counsel and serve documents prepared in Microsoft Word. *See* **Exhibit B**, emails to and from Plaintiff. Plaintiff served his motion for sanctions via email and now complains of service via email.

8. Undersigned counsel and their support staff began working remotely on March 22, 2020. In effort to limit contact and decrease the risk of exposure to health risks, including to undersigned counsel, undersigned counsel has endeavored to provide all communications with Plaintiff via contactless electronic mail.

9. Due to the public health emergency, the Court should permit service of all papers on Plaintiff via electronic mail.

WHEREFORE, Defendants, Wolfe Street Foundation, Inc., Vickie Seibenmorgen, and James Bowling, pray that Plaintiff's Motion for Sanctions be denied and that their Cross-Motion be granted; that Plaintiff's Amended Complaint be dismissed, and for all other just and proper relief to which they may be entitled.

Respectfully submitted,

S. Brent Wakefield, Ark. Bar No. 99144
Email:  brent.wakefield@barberlawfirm.com
Adam D. Franks, Ark. Bar No. 2016124
Email:  afranks@barberlawfirm.com
BARBER LAW FIRM PLLC
425 West Capitol Avenue, Suite 3400
Little Rock, Arkansas 72201-3483
P:  501-372-6175   F:  888-412-3288

## CERTIFICATE OF SERVICE

On this 6th day of May, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and the foregoing shall also be sent via email and U.S. Mail to plaintiff, proceeding *pro se* herein.

Arthur Carson
10434 W 36th Street #10-B
Little Rock, AR  72204
artcarson67@gmail.com