

**BARBERLAWFIRM**

## ATTORNEYS AT LAW

LITTLE ROCK · BENTONVILLE

Suite 3400
425 West Capitol Avenue
Little Rock, Arkansas 72201

P 501.372.6175
F 501.375.2802

www.barberlawfirm.com

**ADAM D. FRANKS**
**DIRECT 501.707.6147**
**FACSIMILE: 501.375.2802**
**afranks@barberlawfirm.com**

April 28, 2020

Arthur Carson
10434 W 36th Street #10-B
Little Rock, AR 72204
artcarson67@gmail.com

Re:     Carson v. Wolfe Street Foundation, et al.
        U.S. District Court, E.D. Ark., Case No. 4:20-cv-00343-DPM

Dear Mr. Carson,

Enclosed please find a copy of Defendants' discovery responses in the referenced matter.

Yours very truly,

BARBER LAW FIRM PLLC

Adam D. Franks
Attorney

ADF/
Encl.

EXHIBIT A



**BARBERLAWFIRM**

**ATTORNEYS AT LAW**

LITTLE ROCK · BENTONVILLE

Suite 3400
425 West Capitol Avenue
Little Rock, Arkansas  72201

P 501.372.6175
F 501.375.2802

www.barberlawfirm.com

**ADAM D. FRANKS**
**DIRECT 501.707.6147**
**FACSIMILE:  501.375.2802**
**afranks@barberlawfirm.com**

April 29, 2020

Arthur Carson
10434 W 36th Street #10-B
Little Rock, AR  72204
artcarson67@gmail.com

Re:    Carson v. Wolfe Street Foundation, et al.
       U.S. District Court, E.D. Ark., Case No. 4:20-cv-00343-DPM

Dear Mr. Carson,

Enclosed please find paper filed by the defendants in the referenced matter.

Yours very truly,

BARBER LAW FIRM PLLC

Adam D. Franks
Attorney

ADF/
Encl.