| | |
|---|---|
| **From:** | Art Carson (via Google Docs) |
| **To:** | Adam Franks |
| **Subject:** | Amended Complaint NO 4-20cv-343DPM |
| **Date:** | Monday, March 30, 2020 7:31:07 AM |
| **Attachments:** | Untitled_document.pdf |

artcarson67@gmail.com has attached the following document:

 Untitled document

please find the attached Motion for Leave/Amended Complaint, Arthur Carson

Google Docs: Create and edit documents online.

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because someone shared a document with you from Google Docs.

**EXHIBIT B**

## Adam Franks

| | |
|---|---|
| **From:** | Art Carson [artcarson67@gmail.com] |
| **Sent:** | Wednesday, April 01, 2020 4:14 PM |
| **To:** | Adam Franks |
| **Subject:** | RE: Carson v. Wolfe Street Foundation Inc et al (4:20-cv-00343), Arkansas Eastern District Court |

Look, what you imply and what are my concerns are miles apart. You were thrown in as a crash dummy.

On Apr 1, 2020 12:20 PM, "Adam Franks" <AFranks@barberlawfirm.com> wrote:

Please see the exhibits to the notice of removal filed on March 27. If you have questions about how materials are docketed, please contact the clerk. Thank you.


**ADAM D. FRANKS**

**ATTORNEY AT LAW**


BARBER LAW FIRM PLLC

425 West Capitol Ave.
Suite 3400
Little Rock, Arkansas 72201

Direct | (501) 707-6147

Company | (501) 372-6175
Facsimile | (501) 375-2802


www.barberlawfirm.com

---

**From:** Art [mailto:artcarson67@gmail.com]
**Sent:** Wednesday, April 01, 2020 11:53 AM
**To:** Adam Franks
**Subject:** Carson v. Wolfe Street Foundation Inc et al (4:20-cv-00343), Arkansas Eastern District Court

1



# Carson v. Wolfe Street Foundation Inc et al (4:20-cv-00343), Arkansas Eastern District Court

Carson v. Wolfe Street Foundation Inc et al (4:20-cv-00343), Arkansas Eastern District Court, Filed: 03/27/2020

https://www.pacermonitor.com/public/case/33236236/Carson_v_Wolfe_Street_Foundation_Inc_et_al

Sent from Mail for Windows 10

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

# Adam Franks

| | |
|---|---|
| **From:** | Art Carson [artcarson67@gmail.com] |
| **Sent:** | Wednesday, April 15, 2020 2:46 PM |
| **To:** | Adam Franks |
| **Subject:** | Re: Carson v. Wolfe Street Foundation, USDC E.D. Ark. Case No. 4:20-CV-343 |

Not only did I mailed them, but the email copy was a service in addition to certified mail. You keep looking for something to whine about. Grow up.

On Wed, Apr 15, 2020, 2:42 PM Art Carson <artcarson67@gmail.com> wrote:
> Check your mail, I sent them certified mail, so come up with another excuse.
>
> On Wed, Apr 15, 2020, 2:38 PM Adam Franks <AFranks@barberlawfirm.com> wrote:
>
>> Mr. Carson,
>>
>> On April 10, we received in the mail (1) unsigned Requests for Production of Documents directed to all defendants and (2) unsigned interrogatories directed to Vickie Siebenmorgen. These discovery requests are untimely under Rule 26. The unsigned requests also do not comply with the requirements of Rules 26, 33, and 34.
>>
>> Please let me know by 5 p.m. CT on Monday, April 20, if you agree to withdraw these requests. Otherwise, I will seek appropriate relief from the court. This is a good-faith effort to resolve this discovery dispute without the necessity of court intervention.
>>
>> Thank you,
>>
>> Adam
>>
>> **ADAM D. FRANKS**
>>
>> ATTORNEY AT LAW
>>
>> BARBER LAW FIRM PLLC
>>
>> 425 West Capitol Ave.
>> Suite 3400
>> Little Rock, Arkansas 72201

1

Direct | (501) 707-6147

Company | (501) 372-6175
Facsimile | (501) 375-2802

www.barberlawfirm.com

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

# Adam Franks

| | |
|---|---|
| **From:** | Jane Watson |
| **Sent:** | Monday, April 27, 2020 12:13 PM |
| **To:** | Art Carson |
| **Cc:** | Brent Wakefield; Adam Franks; Loretta Hamilton |
| **Subject:** | RE: USDC ED Arkansas Case No. 4:20-CV-343 |

I am forwarding your request to the attorneys.  Please "reply all" to my emails to communicate with the attorneys. Thank you.

Jane Ann Watson
**BARBER LAW FIRM**

**From:** Art Carson [mailto:artcarson67@gmail.com]
**Sent:** Monday, April 27, 2020 11:59 AM
**To:** Jane Watson <jwatson@barberlawfirm.com>
**Subject:** Re: USDC ED Arkansas Case No. 4:20-CV-343

send via U.S. Mail....

On Mon, Apr 27, 2020 at 11:31 AM Art Carson <artcarson67@gmail.com> wrote:

> Please send via U.S Mail.
>
> On Mon, Apr 27, 2020, 11:25 AM Jane Watson <jwatson@barberlawfirm.com> wrote:
>
>> Mr. Carson,
>>
>> Attached please find Response/Objections to Plaintiff's Interrogatories for Vickie Siebenmorgen and Response/Objections to Plaintiff's Request for Production of Documents.
>>
>> Please "reply all" to communicate with the attorneys, should you have questions or comments.
>>
>> JANE ANN WATSON
>>
>> LEGAL SECRETARY / ASSISTANT
>>
>> J. COTTEN CUNNINGHAM, ESQ.
>>
>> ADAM D. FRANKS, ESQ.

1

**BARBER LAW FIRM PLLC**

425 West Capitol Avenue, Suite 3400
Little Rock, Arkansas 72201-3483

501.372.6175; Facsimile: 888.412.3288
www.barberlawfirm.com

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**BARBER LAW FIRM PLLC**

2

## Adam Franks

| | |
|---|---|
| **From:** | Art Carson [artcarson67@gmail.com] |
| **Sent:** | Monday, April 27, 2020 12:25 PM |
| **To:** | Adam Franks |
| **Subject:** | Copies of your last three filings |

I have not received copies of any of your filed pleadings. Unless I receive copies, I will seek to have all pleadings not mailed to me be stricken, I have no access to print the items attached to anything only sent email.

# Adam Franks

**From:** Adam Franks
**Sent:** Wednesday, April 29, 2020 10:38 AM
**To:** 'Art Carson'
**Cc:** Brent Wakefield; Loretta Hamilton
**Subject:** RE: Carson V. Wolfe Street Foundation

You are welcome. Additionally, your email referenced an attachment, but there was no attachment to your email.

**ADAM D. FRANKS**
**ATTORNEY AT LAW**

BARBER LAW FIRM PLLC
425 West Capitol Ave.
Suite 3400
Little Rock, Arkansas 72201

Direct | (501) 707-6147
Company | (501) 372-6175
Facsimile | (501) 375-2802

www.barberlawfirm.com

---

**From:** Art Carson [mailto:artcarson67@gmail.com]
**Sent:** Wednesday, April 29, 2020 10:19 AM
**To:** Adam Franks
**Subject:** Re: Carson V. Wolfe Street Foundation

Thanks for the update

On Wed, Apr 29, 2020, 10:18 AM Adam Franks <AFranks@barberlawfirm.com> wrote:

> Mr. Carson,
>
> Copies of the requested papers were placed in the mail to you yesterday.
>
> Thank you,
>
> Adam
>
> **ADAM D. FRANKS**
>
> **ATTORNEY AT LAW**

1

BARBER LAW FIRM PLLC

425 West Capitol Ave.
Suite 3400
Little Rock, Arkansas 72201

Direct | (501) 707-6147

Company | (501) 372-6175
Facsimile | (501) 375-2802

www.barberlawfirm.com

---

**From:** Art Carson [mailto:artcarson67@gmail.com]
**Sent:** Wednesday, April 29, 2020 10:16 AM
**To:** Adam Franks
**Subject:** Carson V. Wolfe Street Foundation

I have previously requested copies via U.S. Mail of your pleadings, to no avail. As a result, I must file the attached motion to strike all your filings not mailed to Me.

Thanks,

Art Carson

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

2

## Adam Franks

| | |
|---|---|
| **From:** | Art Carson [artcarson67@gmail.com] |
| **Sent:** | Wednesday, April 29, 2020 10:43 AM |
| **To:** | Adam Franks |
| **Subject:** | Carson V. Wolfe Street Foundation |
| **Attachments:** | motion to strike all.pdf |

Sorry for the delay.