IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ARTHUR CARSON                                                              PLAINTIFF

v.                              No. 4:20-cv-343-DPM

WOLFE STREET
FOUNDATION, INC.;
VICKIE SIEBENMORGEN;
and JAMES BOWLING                                                        DEFENDANTS

### ORDER

Carson sued his employer, Wolfe Street, in state court, making various state and federal claims about an allegedly unsafe workplace and race-based compensation discrimination. Wolfe Street removed the case here. Carson filed a post-answer amended complaint, and the next day moved for permission to do so. He also seeks remand and various service-related sanctions against Wolfe Street. Opposing remand, Wolfe Street points out that the amended complaint still cites both the Fair Labor Standards Act and the Occupational Safety and Health Act. *Doc. 4 at 2.*

Workplace safety is the core of this case. Though Carson cites FLSA, his amended pleading makes no claim about earned-but-unpaid compensation. Gone, too, are the allegations of race discrimination and the citations to 42 U.S.C. §1983. OSHA does not provide a private right of action. *Chew v. American Greetings Corp.*, 754 F.3d 632, 637 (8th Cir.

2014).  Carson did not need the Court's permission to file a clarifying amended complaint because he acted promptly after Wolfe Street answered.  FED. R. CIV. P. 15(a)(1)(B).  His motion to amend, *Doc. 6*, is denied without prejudice as moot.  His amended complaint stands.  Carson's motions to strike and for sanctions, *Doc. 8 & 14*, are denied as frivolous.  No federal question remains in this case.  And the Court declines, in the circumstances, to exercise supplemental jurisdiction over the state-law core dispute.  28 U.S.C. §1367(c)(3).  The motion, *Doc. 7*, is granted:  the Court remands this case to the Circuit Court of Pulaski County, Arkansas.

    So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 May 2020