**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
OFFICE OF THE CLERK
600 WEST CAPITOL AVENUE
SUITE A149
LITTLE ROCK, ARKANSAS  72201

**JAMES W. McCORMACK**　　　　　　　　　　　　　　　　　　　　(501)604-5351
　　**CLERK**

May 15, 2020

*Via Certified Mail: 7017 0530 0000 1110 0084*

Terri Hollingsworth
Pulaski County Circuit Court Clerk
401 W. Markham St., Suite 100
Little Rock, Arkansas 72201

　　　　Re:　Carson v. Wolfe Street Foundation Inc et al
　　　　　　 U.S. District Court Eastern District of Arkansas Case No. 4:20-cv-00343-DPM
　　　　　　 Pulaski County Circuit Court Case No. 60CV-20-1941

Dear Ms. Hollingsworth:

　　Attached is a certified copy of an Order dated May 15, 2020, signed by Chief Judge D. P. Marshall Jr., which remands the above-styled matter to Pulaski County Circuit Court.  Also enclosed is a certified copy of the docket sheet from our court and copies of all documents that have been filed in this matter since its removal from Pulaski County Circuit Court.

　　If you have any questions regarding this matter, please call me at 501-604-5358.

　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　JAMES W. McCORMACK, CLERK

　　　　　　　　　　　　　　By　*Abigail Temple* (signature)
　　　　　　　　　　　　　　　　Abigail Temple, Deputy Clerk

Enclosures